UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>R & M AVIATION, INC., et al.,<br><br><br><br>Debtor(s) | BK No.: 12-10343<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Pamela S. Hollis |

## ORDER (A) ESTABLISHING BIDDING
## PROCEDURES FOR THE SALE OF CERTAIN ASSETS, (B) SETTING
## FINAL SALE HEARING DATE AND (C) APPROVING FORM OF NOTICES

This cause coming to be heard on the motion (the "Bidding Procedures Motion") of the debtors and debtors-in-possession (the "Debtors") pursuant to Bankruptcy Code Sections 101 and 363, Fed. R. Bankr. P. 2002 and 6004 for entry of (i) an order (a) establishing bidding procedures for the sale of certain assets (the "Bidding Procedures"); (b) setting a final sale hearing date; and (c) approving the form of notices thereof; and (ii) an order authorizing the sale of certain assets free and clear of liens, claims, interests and encumbrances; and the Court having reviewed all pleadings regarding the Bidding Procedures and having conducted a hearing (the "Bidding Procedures Hearing"); and on the entire record of the Bidding Procedures Hearing; and any objections having been filed having been resolved, withdrawn or overruled; and there appearing good cause thereof; IT IS HEREBY FOUND AND CONCLUDED, pursuant to Rules 7052 and 9014 of the Bankruptcy Rules, that:

A. The notice of and opportunity to be heard with respect to the Bidding Procedures Motion was proper, timely, adequate, and sufficient, meets requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, is reasonably calculated to give actual notice of the relief contemplated hereby, and is appropriate under the circumstances, and no further notice is required. A reasonable opportunity to object or be heard regarding the relief granted by this Order has been afforded to those parties entitled to notice.

B. The approval of the Bidding Procedures is in the best interest of the Debtors, their estate, their creditors, and other parties in interest. The Debtors' determination to propose and to agree to such provisions is within their reasonable business judgment.

WHEREUPON, IT IS HEREBY ORDERED THAT:

1. The Bidding Procedures Motion is granted. The Bidding Procedures are approved as provided in Exhibit 1 to this Order. The form of notice of the Sale Hearing and the Auction, attached to this Order as Exhibit 2 (the "Sale Notice"), is approved.

2. Within three (3) business days after entry of this Order, the Debtors and/or Sage-Popovich shall serve the Sale Notice upon: (a) the U.S. Trustee; (b) counsel to Castle Bank; (c) counsel to the Committee; (d) the Internal Revenue Service; (e) all parties known to have expressed an interest in buying the Aircraft; (f) all parties asserting a lien in the Aircraft; (g) all other parties entitled to, or requesting, notice in this case; and (h) all parties listed in the Debtors' creditor mailing matrix.

3. All objections to the sale of the Aircraft as proposed in the Bidding Procedures Motion or to the proposed sale order must be made in writing, must state the basis for the objection and must be filed with the Court no later than March 9, 2013, with copies to be served upon the Debtors' counsel.

4. If the Debtors' proposed aircraft broker, Sage-Popovich, Inc. ("Sage-Popovich"), receives a Qualifying Bid, then Sage-Popovich shall conduct the Auction at Sage-Popovich's hangar located at 5301 W. Industrial Hwy, Gary, IN 46406, on the date that is one (1) business day prior to the Sale Hearing. The Debtors are authorized to adopt rules for the Auction that, in their business judgment, will promote the goals of the bidding process and that are not inconsistent with the Bidding Procedures or this Order. Any party seeking to participate as a bidder at the Auction shall comply with the Bidding Procedures.

5. The Court has scheduled March 12, 2013, at 10:30 a.m. (the "Sale Hearing") to consider entry ) psh of an order, authorizing and approving the sale of the Aircraft free and clear of liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363.

6. Any stay of this Order is waived, and this Order is effective immediately.

Enter:

Dated: JAN 29 2013

United States Bankruptcy Judge

**Prepared by:**
Mark A. Berkoff (ARDC #06194787)
Nicholas M. Miller (ARDC #6295723)
Kevin G. Schneider (ARDC #6302942)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

# EXHIBIT 1
## [Bidding Procedures]

## **BIDDING PROCEDURES**

a. **Assets to be Sold.** The Debtors are offering for sale the following Aircraft (including all associated books, logs, engines, propellers, and attachments): (i) a Lear 35, serial number 155, registration number N70AX; (ii) a Lear 55, serial number 092, registration number N890AC; and (iii) a Beechcraft King Air C90, serial number LJ-1414, registration number N895AC. The Debtors shall retain title to Aircraft that are not subject to a Successful Bid (defined below) and approved for sale at the Sale Hearing.

b. **As Is, Where Is.** The sale of the Aircraft shall be on an "AS IS, WHERE IS, WITH ALL FAULTS" basis without representations or warranties of any kind or nature. The Aircraft shall be sold free and clear of any liens, claims, interests and encumbrances pursuant to Bankruptcy Code Section 363, with all liens, claims, interests and encumbrances to attach to the proceeds of the sale.

c. **Qualifying Bid.** The Debtors require, as a precondition to participation in the Auction (defined below):

(i) the submission of a bid for one or more of the Aircraft no later than 5:00 p.m. (Central time) at least three (3) business days prior to the Auction (a "Qualifying Bid");

(ii) that the bid specifically identify the Aircraft to be purchased and the portion of the total bid price to be allocated to each Aircraft;

(iii) that each Qualifying Bid be submitted in writing to Sage-Popovich, Inc., c/o Nick Popovich, P.O. Box One, Valparaiso, Indiana, 46384, via hand delivery, regular U.S. or overnight mail, facsimile (219-464-0920) or electronic mail (Nick@sage-popovich.com). Sage-Popovich shall immediately distribute copies of all Qualifying Bids to (1) counsel for the Debtors, c/o Nicholas M. Miller, Neal, Gerber & Eisenberg LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois 60602 via facsimile (312-980-0789) or electronic mail (nmiller@ngelaw.com); (2) counsel for Castle Bank, c/o Kenneth D. Peters, Dressler & Peters, LLC, 111 West Washington Street, Suite 1900, Chicago, IL 60602 via facsimile (312-637-9378) or electronic mail (kpeters@dresslerpeters.com); and (3) counsel for the Official Committee of Unsecured Creditors, c/o Patrick M. Jones, Greensfelder Hemker & Gale P.C., 200 West Madison Street, Suite 2700, Chicago, IL 60606 via facsimile (312-419-1930) or electronic mail (pmj@greensfelder.com).

(iv) that each Qualifying Bid shall be accompanied by written evidence of a commitment for financing or other evidence of the party's ability to consummate the transaction and payment of the purchase price in cash at the closing sale of the Aircraft (the "Closing"); and

(v) that each Qualifying Bid shall be irrevocable until the earlier of (a) the Closing, or (b) the withdrawal of the Aircraft for sale by the Debtors.

d. **Auction.** If the Debtors receive a Qualifying Bid, the Debtors shall conduct an auction (the "Auction") at the Sage-Popovich hangar located at 5301 W. Industrial

NGEDOCS: 2049604.2

Hwy, Gary, IN 46406, on the date that is one (1) business day prior to the Sale Hearing. The Debtors shall notify all Qualified Bidders of the Auction. The Debtors may adopt rules for the Auction that, in their business judgment, will promote the goals of the bidding process and that are not inconsistent with the Bidding Procedures, the Bankruptcy Code or any order of this Court. Following the Auction, the Debtors shall review all bids and, in consultation with the Committee and Castle Bank, identify the highest and best bid(s) as the "Successful Bid(s)." The holder of a Successful Bid(s) (the "Successful Bidder") shall provide Sage-Popovich with an earnest money deposit by wire transfer, certified or cashier's check in the amount of $15,000 to be held in escrow until the closing or other disposition of the Successful Bid(s). The Debtors shall present the Successful Bid(s) to the Court at the Sale Hearing.

    e.  **Deposits.** In the event that the Successful Bidder defaults in the performance of its obligation to purchase the Aircraft pursuant to the Successful Bid, that person's earnest money deposit shall be forfeited and shall be immediately transferred to the Debtors. Notwithstanding the foregoing, such forfeiture shall not be in full satisfaction of any damages caused to any person by the default as described herein.

    f.  **Auction with Reserve.** If the price offered for one or more of the Aircraft by a Qualified Bidder or at the Auction (if one is conducted) is too low in the opinion of the Debtors, after consulting with the Committee and Castle Bank, then the Debtors will retain the Aircraft, and no sale will take place.

## EXHIBIT 2
### [Sale Notice]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| R & M AVIATION, INC., et al.,[1] | Case No. 12-10343 (PSH) |
| Debtors. | Jointly Administered |

## NOTICE OF AIRCRAFT AUCTION AND SALE HEARING

**Please take notice that** on January 22, 2013, the above-captioned debtors (the "Debtors") filed with the United States Bankruptcy Court for the Northern District of Illinois a motion (the "Motion") for entry of (i) an order (a) establishing bidding procedures for the sale of certain aircraft; (b) setting a final sale hearing date; and (c) approving the form of notices thereof; and (ii) an order authorizing the sale of certain aircraft free and clear of liens, claims, interests and encumbrances.

**Please take further notice that** on January 29, 2013, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the bidding procedures and setting certain dates set forth below. You may obtain copies of the Motion and the Bidding Procedures Order by contacting the Debtors' undersigned counsel or by accessing this case electronically via the internet at www.ilnb.uscourts.gov.

**Please take further notice** that the auction for the aircraft identified below will take place on March 11, 2013 at 2:00 p.m. (Central time) in accordance with the following approved Bidding Procedures:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066). All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

NGEDOCS: 2049604.2

## BIDDING PROCEDURES

a. **Assets to be Sold.** The Debtors are offering for sale the following Aircraft (including all associated books, logs, engines, propellers, and attachments): (i) a Lear 35, serial number 155, registration number N70AX; (ii) a Lear 55, serial number 092, registration number N890AC; and (iii) a Beechcraft King Air C90, serial number LJ-1414, registration number N895AC. The Debtors shall retain title to Aircraft that are not subject to a Successful Bid (defined below) and approved for sale at the Sale Hearing.

b. **As Is, Where Is.** The sale of the Aircraft shall be on an "AS IS, WHERE IS, WITH ALL FAULTS" basis without representations or warranties of any kind or nature. The Aircraft shall be sold free and clear of any liens, claims, interests and encumbrances pursuant to Bankruptcy Code Section 363, with all liens, claims, interests and encumbrances to attach to the proceeds of the sale.

c. **Qualifying Bid.** The Debtors require, as a precondition to participation in the Auction (defined below):

(i) the submission of a bid for one or more of the Aircraft no later than 5:00 p.m. (Central time) at least three (3) business days prior to the Auction (a "Qualifying Bid");

(ii) that the bid specifically identify the Aircraft to be purchased and the portion of the total bid price to be allocated to each Aircraft;

(iii) that each Qualifying Bid be submitted in writing to Sage-Popovich, Inc., c/o Nick Popovich, P.O. Box One, Valparaiso, Indiana, 46384, via hand delivery, regular U.S. or overnight mail, facsimile (219-464-0920) or electronic mail (Nick@sage-popovich.com). Sage-Popovich shall immediately distribute copies of all Qualifying Bids to (1) counsel for the Debtors, c/o Nicholas M. Miller, Neal, Gerber & Eisenberg LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois 60602 via facsimile (312-980-0789) or electronic mail (nmiller@ngelaw.com); (2) counsel for Castle Bank, c/o Kenneth D. Peters, Dressler & Peters, LLC, 111 West Washington Street, Suite 1900, Chicago, IL 60602 via facsimile (312-637-9378) or electronic mail (kpeters@dresslerpeters.com); and (3) counsel for the Official Committee of Unsecured Creditors, c/o Patrick M. Jones, Greensfelder Hemker & Gale P.C., 200 West Madison Street, Suite 2700, Chicago, IL 60606 via facsimile (312-419-1930) or electronic mail (pmj@greensfelder.com).

(iv) that each Qualifying Bid shall be accompanied by written evidence of a commitment for financing or other evidence of the party's ability to consummate the transaction and payment of the purchase price in cash at the closing sale of the Aircraft (the "Closing"); and

(v) that each Qualifying Bid shall be irrevocable until the earlier of (a) the Closing, or (b) the withdrawal of the Aircraft for sale by the Debtors.

d. **Auction.** If the Debtors receive a Qualifying Bid, the Debtors shall conduct an auction (the "Auction") at the Sage-Popovich hangar located at 5301 W. Industrial

NGEDOCS: 2049604.2                    2

Hwy, Gary, IN 46406, on the date that is one (1) business day prior to the Sale Hearing. The Debtors shall notify all Qualified Bidders of the Auction. The Debtors may adopt rules for the Auction that, in their business judgment, will promote the goals of the bidding process and that are not inconsistent with the Bidding Procedures, the Bankruptcy Code or any order of this Court. Following the Auction, the Debtors shall review all bids and, in consultation with the Committee and Castle Bank, identify the highest and best bid(s) as the "Successful Bid(s)." The holder of a Successful Bid(s) (the "Successful Bidder") shall provide Sage-Popovich with an earnest money deposit by wire transfer, certified or cashier's check in the amount of $15,000 to be held in escrow until the closing or other disposition of the Successful Bid(s). The Debtors shall present the Successful Bid(s) to the Court at the Sale Hearing.

   e. **Deposits.** In the event that the Successful Bidder defaults in the performance of its obligation to purchase the Aircraft pursuant to the Successful Bid, that person's earnest money deposit shall be forfeited and shall be immediately transferred to the Debtors. Notwithstanding the foregoing, such forfeiture shall not be in full satisfaction of any damages caused to any person by the default as described herein.

   f. **Auction with Reserve.** If the price offered for one or more of the Aircraft by a Qualified Bidder or at the Auction (if one is conducted) is too low in the opinion of the Debtors, after consulting with the Committee and Castle Bank, then the Debtors will retain the Aircraft, and no sale will take place.

**Please take further notice** that all objections to the sale of the Aircraft as proposed in the Motion or to the proposed sale order must be made in writing, must state the basis for the objection and must be filed with the Bankruptcy Court and in accordance with applicable court orders no later than March 9, 2013, with copies to be served upon the Debtors' undersigned counsel.

**Please take further notice** that the Bankruptcy Court has scheduled March 12, 2013, at 10:30 a.m. (Central time) (the "Sale Hearing"), before the Hon. Pamela S. Hollis, in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois, to consider entry of an order, authorizing and approving the sale of the Aircraft free and clear of liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363.

NGEDOCS: 2049604.2       3

All requests for information should be directed to the Debtors' undersigned counsel.

Dated: Chicago, Illinois　　　　　　　　　Respectfully submitted,
       February 1, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas M. Miller
　　　　　　　　　　　　　　　　　　　　Mark A. Berkoff (ARDC #6194787)
　　　　　　　　　　　　　　　　　　　　Nicholas M. Miller (ARDC #6295723)
　　　　　　　　　　　　　　　　　　　　Kevin G. Schneider (ARDC #6302942)
　　　　　　　　　　　　　　　　　　　　**NEAL, GERBER & EISENBERG LLP**
　　　　　　　　　　　　　　　　　　　　Two North LaSalle Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602-3801
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 269-8000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 269-1747

　　　　　　　　　　　　　　　　　　　　*Attorneys for Debtors and*
　　　　　　　　　　　　　　　　　　　　*Debtors in Possession*