IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| R & M AVIATION, INC., <u>et al.</u>,[1] | Case No. 12-10343 (PSH) |
| Debtors. | Jointly Administered |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on March 12, 2013, the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "<u>Bankruptcy Court</u>") entered the *Order Approving Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code and Confirming Debtors' Plan of Reorganization* [Docket No. 509] (the "<u>Confirmation Order</u>").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the *Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (the "<u>Plan</u>")[2] occurred on March 27, 2013, when the Plan was substantially consummated.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066). All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order

NGEDOCS: 2070632.2

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and related documents are available at the Bankruptcy Court's website at www.ilnb.uscourts.gov or from counsel for the Debtors as set forth below.

Dated:  March 28, 2013

*/s/ Nicholas M. Miller*
Nicholas M. Miller (ARDC #6295723)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Debtors and*
*Debtors in Possession*