# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 12-10343 (PSH) |
| R & M AVIATION, INC., et al.,[1] | Jointly Administered |
| Debtors. | Honorable Pamela S. Hollis |
| | **Hearing Date: May 28, 2013 at 10:00 a.m.** |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Amherst Partners, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | As of June 20, 2012 |
| Period for which compensation and reimbursement is sought: | June 20, 2012 through December 31, 2012 |
| Amount of fees sought as actual, reasonable and necessary | $20,000.00 |
| Amount of expenses sought as actual, reasonable and necessary | $1,447.51 |

This is a(n):  ___ interim     _✔_ final application

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| N/A | N/A | N/A | N/A | N/A | N/A |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $20,000.00.

Date: May 6, 2013                                  By: /s/ Scott E. Eisenberg
                                                            Applicant, for Amherst Partners, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066). All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

NGEDOCS: 2054535.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>R & M AVIATION, INC., et al.,[1]<br><br>                     Debtors. | Chapter 11<br>Case No. 12-10343 (PSH)<br>Jointly Administered<br><br>Honorable Pamela S. Hollis<br><br>**Hearing Date:  May 28, 2013 at 10:00 a.m.** |

**FIRST AND FINAL FEE APPLICATION OF AMHERST PARTNERS, LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER TO R & M AVIATION, INC., *ET AL*. FOR THE PERIOD
FROM JUNE 20, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012**

Amherst Partners, LLC, ("**Amherst**"), investment banker to R & M Aviation, Inc., *et al*. (the "**Debtors**"), pursuant to Sections 327 and 328 of the United States Bankruptcy Code and Rule 2014 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"), submits this First and Final Fee Application (the "**Application**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors from June 20, 2012 through and including December 31, 2012 (the "**Application Period**") and respectfully requests that this Court enter an order awarding Amherst (i) compensation of **$20,000.00** for professional services rendered to the Debtors and (ii) an additional **$1,447.51** for reimbursement of ordinary and necessary expenses incurred.[2]  In support of the foregoing requests, Amherst states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066).  All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

[2] A detailed listing of the requested expenses is found at Exhibit A.

**I.    COMMENCEMENT OF CASE; JURISDICTION**

1. On March 15, 2012 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

2. This Court has jurisdiction over the Application under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

3. The statutory bases for the relief requested herein are Sections 105(a), 327 and 328 of the Bankruptcy Code.

**II.    AMHERST'S RETENTION; THE ADMINISTRATIVE ORDER**

4. On April 17, 2012, this Court entered that certain Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 [Docket No. 82] (the "**Administrative Order**").

5. On June 20, 2012, this Court entered that certain Order Authorizing the Employment and Retention of Amherst Partners, LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to Sections 327 and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 [Docket No. 166] (the "**Retention Order**").

6. Consistent with section 328(a) of the Bankruptcy Code, Amherst was to be paid an initial retainer of $10,000 and then other fixed amounts when certain milestones were met, including the completion of a marketing memorandum (the "**Marketing Memorandum**") describing the Debtors' business, available assets and historical and projected financial performance. The last milestone was to be a success fee upon the sale of the Debtors' business.

2

7. Pursuant to paragraph 5 of the Retention Order, Amherst was generally exempt from the requirements set forth in the Administrative Order entered in these chapter 11 cases with respect to its professional fees, except that it is required to file a final fee application in which it provides a general description of its services, and identifies the professionals providing such services and provides a general estimate of the amount of time spent on such services. *See* Retention Order ¶ 5. Amherst is also required to comply with the requirements set forth in the Administrative Order with respect to any expenses it incurred during the course of its engagement in these chapter 11 cases.

### III. NOTICE

8. In accordance with the Administrative Order, Amherst has served this Application upon: (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Debtors' prepetition lenders; (iv) counsel to the Official Committee of Unsecured Creditors; and (v) the Office of the U.S. Trustee (collectively, the "**Notice Parties**"). The Application was also served electronically upon those entities having requested notices in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. Amherst submits that such notice is appropriate and proper.

### IV. SUMMARY OF SERVICES AND EXPENSES

9. Pursuant to the terms of the Retention Order, on or about July 2, 2012, the Debtors paid Amherst its initial $10,000 retainer and an additional $10,000 for completion of the Marketing Memorandum.[3]

10. In connection with its extensive marketing efforts, Amherst worked approximately 608 hours and contacted approximately 150 parties regarding a potential sale of

---

[3] Given the speed with which Amherst completed the Marketing Memorandum, the Debtors paid Amherst its initial $10,000 retainer and the first $10,000 milestone payment simultaneously.

3

the Debtors' business as a going concern, resulting in 47 non-disclosure agreements, nine (9) expressions of interest and three (3) letters of intent executed by potentially interested parties. Amherst utilized several professionals during its engagement, including Scott Eisenberg, Andrew Chidester, Thomas Hoge and Jeffrey Lev.  Unfortunately, Amherst's marketing efforts did not result in an asset purchase agreement or binding term sheet that the Debtors or the Debtors' major creditor constituents believed to be in the best interests of the estate, but those efforts did lay the groundwork for discussions among the Debtors' major creditor constituents regarding the terms of the Debtors' now-confirmed stand-alone plan of reorganization.

**WHEREFORE,** Amherst Partners, LLC, investment banker for the Debtors herein, respectfully requests that this Court enter an Order:  (a) authorizing and approving final compensation in the amount of **$20,000.00**, incurred for actual, necessary and valuable professional services rendered to the Debtors from June 20, 2012 through and including December 31, 2012; (b) authorizing and approving final reimbursement of expenses totaling **$1,447.51** incurred from June 20, 2012 through and including December 31, 2012 (none of which expenses have yet been reimbursed by the Debtors); and (c) granting such other and further consistent relief as the Court may deem equitable and just.

Dated: May 6, 2013                                             Respectfully Submitted,

                                                                **AMHERST PARTNERS, LLC**

                                                                By:   */s/ Scott E. Eisenberg*
                                                                     Scott E. Eisenberg
                                                                     Amherst Partners, LLC
                                                                     255 East Brown Street, Suite 120
                                                                     Birmingham, MI  48009

                                                  *Investment Banker to the Debtors*

NGEDOCS: 2054546.4

## CERTIFICATE OF SERVICE

       Nicholas M. Miller, an attorney, certifies that on May 6, 2013, he caused the foregoing *First and Final Fee Application of Amherst Partners, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Debtors R & M Aviation, Inc., et al. for the Period from June 20, 2012 through and including December 31, 2012* to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

Barry M Barash
barashb@barashlaw.com, courtmail@barashlaw.com

Teresa M Dickinson
tdickinson@statmanharris.com

Marc Ira Fenton
mfenton@statmanharris.com

David J. Frankel
dfrankel@sormanfrankel.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Nicholas M Miller
nmiller@ngelaw.com

James M Philbrick
jmphilbrick@att.net

Kevin G Schneider
kschneider@ngelaw.com

Bradley J Waller
bwaller@ksbwl.com, vmaurer@ksbwl.com

Thomas C. Wolford
twolford@ngelaw.com

Faith Dolgin
faith.dolgin@illinois.gov

Mark A Berkoff
mberkoff@ngelaw.com, cdennis@ngelaw.com

Dennis A Dressler
ddressler@dresslerpeters.com

Leo M Flanagan Jr
leo@attyflanagan.com, mkappler@attyflanagan.com

Patrick M. Jones
pmj@greensfelder.com, je@greensfelder.com

Edward S. Margolis
emargolis@tellerlevit.com

Kenneth D Peters
kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com

Louis J. Phillips
lphillips@pfs-law.com, msiedlecki@pfs-law.com

Michael Traison
traison@millercanfield.com, wysocki@millercanfield.com,swansonm@millercanfield.com

David A Wargula
dwargula@dresslerpeters.com, rmccandless@dresslerpeters.com

Bruce E de'Medici
bdemedici@gmail.com

       Additionally, the parties listed below were served via U.S. Mail delivery:

M. Gretchen Silver
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, IL  60604

R & M Aviation, Inc. d/b/a AeroCare
  Medical Transport System, Inc.
Attn:  Joseph D. Cece
43W526 US Highway 30
Sugar Grove, IL  60554

5

Illinois Department of Revenue
Bankruptcy Section – Level 7-425
100 West Randolph
Chicago, IL  60601

Internal Revenue Service
Mail Stop 5110 CHI
230 South Dearborn
Chicago, IL  60604

Dressler Peters, LLC
Attn:  Kenneth D. Peters, Dennis A. Dressler
and David A. Wargula
Counsel for First National Bank of Omaha
Successor by merger to Castle Bank, N.A.
111 West Washington Street, Suite 1900
Chicago, IL  60602

The Receivables Exchange, LLC
935 Gravier Street, 12th Floor
New Orleans, LA  70112

Richard A. Heidecke
Heidecke Law Offices
1550 Spring Road, 3rd Floor
Oak Brook, IL  60523

Barash & Everett, LLC
Attn:  Barry M. Barash
Counsel to Jet Air, Inc.
256 South Soangetaha Road
Galesburg, IL  61401

Statman Harris & Eyrich, LLC
Attn: Marc Fenton and Teresa Dickinson
Counsel for Fifth Third Bank
200 West Madison Street, Suite 3820
Chicago, IL  60606

Greensfelder, Hemker & Gale, P.C.
Attn:  Patrick M. Jones
Counsel for Creditors Committee
200 West Madison Street, Suite 2700
Chicago, IL  60606

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN  55113-0011

Ascension Capital Group, Inc.
Attn: BMW Financial Services NA, LLC Department
Account: XXXXXXXXXXXX0483
P.O. Box 201347
Arlington, TX  76006

Annie E. Catmull
Josh T. Judd
Hoover Slavacek LLP
5847 San Felipe, Suite 2200
Houston, TX  77057

Louis J. Phillips
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, IL  60606

Parties may access this filing through the Court's CM/ECF system.

By:  */s/ Nicholas M. Miller*
Nicholas M. Miller
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602