**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> R & M AVIATION, INC., <u>et al.</u>,[1] <br><br>                         Debtors. | Chapter 11 <br> Case No. 12-10343 (PSH) <br> Jointly Administered <br><br> Honorable Pamela S. Hollis <br><br> **Hearing Date: May 28, 2013 at 10:00 a.m.** |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Sage-Popovich, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | As of December 18, 2012 |
| Period for which compensation and reimbursement is sought: | December 18, 2012 through March 27, 2013 |
| Amount of fees sought as actual, reasonable and necessary | $58,125.00 |
| Amount of expenses sought as actual, reasonable and necessary | $15,044.63 |

This is a(n):   __ interim       _✔_ final application

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| N/A | N/A | N/A | N/A | N/A | N/A |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>$73,169.63.</u>

Date: <u>May 6, 2013</u>       By: <u>*/s/ Nick Popovich*</u>
                                                                                 Applicant, for Sage-Popovich, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066). All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

NGEDOCS: 2083008.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> R & M AVIATION, INC., <u>et al.</u>,[1] <br><br>                 Debtors. | Chapter 11 <br> Case No. 12-10343 (PSH) <br> Jointly Administered <br><br> Honorable Pamela S. Hollis <br><br> **Hearing Date: May 28, 2013 at 10:00 a.m.** |

**FIRST AND FINAL FEE APPLICATION OF SAGE-POPOVICH, INC.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS AIRCRAFT
BROKER FOR R & M AVIATION, INC., *ET AL*. FOR THE PERIOD
FROM DECEMBER 18, 2012 THROUGH AND INCLUDING MARCH 27, 2013**

Sage-Popovich, Inc., ("**Sage-Popovich**"), aircraft broker for R & M Aviation, Inc., *et al*. (the "**Debtors**"), pursuant to Sections 327 and 328 of the United States Bankruptcy Code and Rule 2014 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"), submits this First and Final Fee Application (the "**Application**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Aircraft Broker for the Debtors from December 18, 2012 through and including March 27, 2013 (the "**Application Period**") and respectfully requests that this Court enter an order awarding Sage-Popovich (i) compensation of **$58,125.00** for professional services rendered to the Debtors and (ii) an additional **$15,044.63** for reimbursement of ordinary and necessary expenses incurred.[2] In support of the foregoing requests, Sage-Popovich states as follows:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066). All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

[2]     A detailed listing of the requested expenses is found at Exhibit A.

**I.    COMMENCEMENT OF CASE; JURISDICTION**

1. On March 15, 2012 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**").

2. This Court has jurisdiction over the Application under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

3. The statutory bases for the relief requested herein are Sections 105(a), 327 and 328 of the Bankruptcy Code.

**II.    SAGE-POPOVICH'S RETENTION; THE ADMINISTRATIVE ORDER**

4. On April 17, 2012, this Court entered that certain Administrative Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 [Docket No. 82] (the "**Administrative Order**").

5. On December 18, 2012, this Court entered that certain Order Authorizing Debtors to Retain and Employ Sage-Popovich, Inc. as Aircraft Broker [Docket No. 349] (the "**Retention Order**").

6. Consistent with section 328(a) of the Bankruptcy Code, and as a compounding incentive to achieve the highest sale price possible, Sage-Popovich was to be paid (the "**Sale Transaction Fee**") upon the closing of a sale (the "**Sale**") of certain aircraft (the "**Aircraft**"), according to the following sliding-scale schedule:

- 3.0% of any sale proceeds from $0 to $1.2 million; plus
- 6.0% of any sale proceeds from $1.2 million to $1.4 million; plus
- 7.5% of any sale proceeds from $1.4 million to $1.6 million; plus
- 10.0% of any sale proceeds from $1.6 million to $2.0 million; plus

2

- 12.5% of any sale proceeds from $2.0 million to $2.5 million; plus
- 15% of any sale proceeds exceeding $2.5 million.

Sage-Popovich was also entitled to reimbursement for its customary and reasonable expenses incurred in connection with the Sale ("**Expenses**").

7. Pursuant to paragraph 5 of the Retention Order, Sage-Popovich was generally exempt from the requirements set forth in the Administrative Order entered in these chapter 11 cases with respect to its professional fees, but it files this Application for formal and final approval of its sales commission and related marketing expenses.

### III. NOTICE

8. In accordance with the Administrative Order, Sage-Popovich has served this Application upon: (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Debtors' prepetition lenders; (iv) counsel to the Official Committee of Unsecured Creditors; and (v) the Office of the U.S. Trustee (collectively, the "**Notice Parties**"). The Application was also served electronically upon those entities having requested notices in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. Sage-Popovich submits that such notice is appropriate and proper.

### IV. SUMMARY OF SERVICES AND EXPENSES

9. At an auction for the Aircraft held on March 11, 2013 (the "**Auction**"), Sage-Popovich secured a cumulative purchase price of $1,475,000 (the "**Total Purchase Price**") for the Aircraft. The Debtors and their major creditor constituents agreed that the Total Purchase Price represented an excellent result.

10. Pursuant to the terms of the Retention Order, on March 15, 2013, the Debtors caused Sage-Popovich to be paid its Sale Transaction Fee and Expenses, in the total amount of

3

$73,169.63 (representing $58,125.00 for its commission and $15,044.63 for its expenses), out of the proceeds from the Auction.

11. The remaining proceeds from the Auction ($1,401,830.37) were distributed to creditors as an integral part of the Debtors' now-confirmed and effective plan of reorganization. Without the sale of the Aircraft on the favorable terms achieved by Sage-Popovich, the Debtors would have been unable to successfully emerge from bankruptcy as they have since done.

**WHEREFORE,** Sage-Popovich, Inc., aircraft broker for the Debtors herein, respectfully requests that this Court enter an Order authorizing and approving:

A. Final compensation in the amount of $58,125.00, incurred for actual, necessary and valuable professional services rendered to the Debtors from December 18, 2012 through and including March 27, 2013;

B. Final reimbursement of expenses totaling $15,044.63 incurred from December 18, 2012 through and including March 27, 2013; and

C. Granting such other and further consistent relief as the Court may deem equitable and just.

Dated: May 6, 2013                             Respectfully Submitted,

                                                             **SAGE-POPOVICH, INC.**

                                                             By:  /s/ Nick Popovich
                                                                   Nick Popovich
                                                                   Sage-Popovich, Inc.
                                                                   Post Office Box One
                                                                   Valparaiso, IN  46384

                                                            *Aircraft Broker for the Debtors*

## CERTIFICATE OF SERVICE

Nicholas M. Miller, an attorney, certifies that on May 6, 2013, he caused the foregoing *First and Final Fee Application of Sage-Popovich, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Aircraft Broker for R & M Aviation, Inc., et al. for the Period from December 18, 2012 through and including March 27, 2013* to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

Barry M Barash
barashb@barashlaw.com, courtmail@barashlaw.com

Mark A Berkoff
mberkoff@ngelaw.com, cdennis@ngelaw.com

Teresa M Dickinson
tdickinson@statmanharris.com

Dennis A Dressler
ddressler@dresslerpeters.com

Marc Ira Fenton
mfenton@statmanharris.com

Leo M Flanagan Jr
leo@attyflanagan.com, mkappler@attyflanagan.com

David J. Frankel
dfrankel@sormanfrankel.com

Patrick M. Jones
pmj@greensfelder.com, je@greensfelder.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Edward S. Margolis
emargolis@tellerlevit.com

Nicholas M Miller
nmiller@ngelaw.com

Kenneth D Peters
kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com

James M Philbrick
jmphilbrick@att.net

Louis J. Phillips
lphillips@pfs-law.com, msiedlecki@pfs-law.com

Kevin G Schneider
kschneider@ngelaw.com

Michael Traison
traison@millercanfield.com, wysocki@millercanfield.com,swansonm@millercanfield.com

Bradley J Waller
bwaller@ksbwl.com, vmaurer@ksbwl.com

David A Wargula
 dwargula@dresslerpeters.com, rmccandless@dresslerpeters.com

Thomas C. Wolford
twolford@ngelaw.com

Bruce E de'Medici
bdemedici@gmail.com

Faith Dolgin
faith.dolgin@illinois.gov

Additionally, the parties listed below were served via U.S. Mail delivery:

M. Gretchen Silver
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, IL  60604

R & M Aviation, Inc. d/b/a AeroCare
   Medical Transport System, Inc.
Attn:  Joseph D. Cece
43W526 US Highway 30
Sugar Grove, IL  60554

NGEDOCS: 2082267.2

| | |
|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section – Level 7-425<br>100 West Randolph<br>Chicago, IL  60601 | Internal Revenue Service<br>Mail Stop 5110 CHI<br>230 South Dearborn<br>Chicago, IL  60604 |
| Dressler Peters, LLC<br>Attn:  Kenneth D. Peters, Dennis A. Dressler<br>and David A. Wargula<br>Counsel for First National Bank of Omaha<br>Successor by merger to Castle Bank, N.A.<br>111 West Washington Street, Suite 1900<br>Chicago, IL  60602 | The Receivables Exchange, LLC<br>935 Gravier Street, 12th Floor<br>New Orleans, LA  70112 |
| Richard A. Heidecke<br>Heidecke Law Offices<br>1550 Spring Road, 3rd Floor<br>Oak Brook, IL  60523 | Barash & Everett, LLC<br>Attn:  Barry M. Barash<br>Counsel to Jet Air, Inc.<br>256 South Soangetaha Road<br>Galesburg, IL  61401 |
| Statman Harris & Eyrich, LLC<br>Attn: Marc Fenton and Teresa Dickinson<br>Counsel for Fifth Third Bank<br>200 West Madison Street, Suite 3820<br>Chicago, IL  60606 | Greensfelder, Hemker & Gale, P.C.<br>Attn:  Patrick M. Jones<br>Counsel for Creditors Committee<br>200 West Madison Street, Suite 2700<br>Chicago, IL  60606 |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN  55113-0011 | Ascension Capital Group, Inc.<br>Attn: BMW Financial Services NA, LLC Department<br>Account: XXXXXXXXXXXX0483<br>P.O. Box 201347<br>Arlington, TX  76006 |
| Annie E. Catmull<br>Josh T. Judd<br>Hoover Slavacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX  77057 | Louis J. Phillips<br>Patzik, Frank & Samotny Ltd.<br>150 South Wacker Drive, Suite 1500<br>Chicago, IL  60606 |

Parties may access this filing through the Court's CM/ECF system.

By:  */s/ Nicholas M. Miller*
Nicholas M. Miller
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602

2