## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: May 28, 2013, 10:00 a.m. |

## COVER SHEET FOR FOURTH INTERIM AND FINAL FEE
## APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:   <u>Patrick M. Jones and Greensfelder, Hemker & Gale, P.C.</u>

Authorized to Provide
Professionals Services to:   <u>Official Committee of Unsecured Creditors</u>

Date of Order Authorizing Employment: <u>April 16, 2012</u>

Period for Which
Compensation is Sought: <u>April 16, 2012 through March 31, 2013</u>

<u>Greensfelder, Hemker & Gale, P.C.</u>
Amount of Interim Fees Sought for Allowance:              **$37,892.00**
Amount of Interim Expense Reimbursement Sought:           **$868.67**

Total Amount of Fees Sought as
Actual, Reasonable and Necessary              **$144,278.11**

Total Amount of Expenses Sought as
Actual, Reasonable and Necessary              **$1,562.67**

This is an:     Interim Application  __        Final Application     **X**

Prior applications that these professionals filed, if any:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| August 15, 2012 | 3/15/12 – 6/30/12 | $53,421.39 | $52,992.50 | $428.89 |
| November 16, 2012 | 7/1/12 – 9/30/12 | $29,017.00 | $28,492.00 | $525.00 |
| February 15, 2013 | 10/1/12 – 12/31/12 | $25,595.61 | $25,235.61 | $360.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date:  May 28, 2013, 10:00 a.m. |

### SUMMARY SHEET

| | | |
|---|---|---|
| **Fees Previously Requested:** | **$107,968.00** | NAME OF APPLICANT: |
| **Fees Previously Paid:** | **$106,386.11** | Greensfelder, Hemker & Gale, P.C. |
| | | |
| **Expenses Previously Requested:** | **$847.89** | ROLE IN THE CASE: |
| **Expenses Previously Paid:** | **$694.00** | Counsel to the Creditors Committee |

CURRENT APPLICATION:
Fees Requested:  **$37,892.00**
Expenses Requested:  **$868.67**

| Names of Professionals | Year Admitted to Practice | Hours Billed Current Application | Rate | Total for Period |
|---|---|---|---|---|
| OFFICERS | | | | |
| Patrick M. Jones | 2000 | 45.40 | $375.00 | $17,025.00 |
| | | 42.40 | $395.00 | $16,748.00 |
| | | | | |
| David A. Lander | 1969 | 8.20 | $415.00 | $3,403.00 |
| | | | | |
| OF COUNSEL | | | | |
| Valerie G. Lipic | 1998 | 1.00 | $300.00 | $300.00 |
| | | 1.30 | $320.00 | $416.00 |
| | | | | |
| TOTAL | | 98.30 | $361.00 (average hourly rate) | $37,892.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date:  May 28, 2013, 10:00 a.m. |

**FOURTH INTERIM AND FINAL FEE APPLICATION OF**
**GREENSFELDER, HEMKER & GALE, P.C. AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM APRIL 16, 2012 THROUGH MARCH 31, 2013**

Patrick M. Jones and Greensfelder, Hemker & Gale, P.C. ("Greensfelder"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned, jointly consolidated Chapter 11 bankruptcy cases, pursuant to Sections 330 and 331 of the United States Bankruptcy Code and Rule 5082-1 of the Bankruptcy Rules for the United States District Court and the United States Bankruptcy Court For the Northern District of Illinois (the "Local Rules"), submits this Fourth Interim and Final Fee Application (the "Application") of Greensfelder, Hemker & Gale, P.C. as Counsel to the Official Committee of Unsecured Creditors for the Period From January 31, 2013 through and including March 31, 2013 (the "Application Period") and respectfully requests that this Court enter an order (i) awarding Greensfelder interim compensation in an amount of $37,892.00 for services rendered and $868.67 for its necessary costs and expenses, and (ii) allowance and payment on a final basis of compensation totaling $144,278.11 for professional services rendered and $1,562.67 for expenses incurred for the final period from April 16, 2012 through March 31, 2013 (the "Final Application Period").  In support of the Application, Greensfelder states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over the Application under 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).  The statutory bases for the relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

## BACKGROUND

2.      On March 15, 2012 (the "Petition Date"), the Debtor and two of its affiliates filed Voluntary Petitions for relief under Chapter 11 of the United States Bankruptcy Code [11 U.S.C. §§ 101, et seq.] (the "Bankruptcy Code"), which are being jointly administered under the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case").

3.      On March 28, 2012 (the "Formation Date"), the United States Trustee appointed the Committee and the Committee retained Greensfelder as its counsel.  No trustee or examiner has been appointed in this case.

4.      On April 17, 2012, the Court entered the Order Establishing Procedures for Interim Compensation and reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§105(a) and 331 (the "Interim Procedures Order").

5.      On April 26, 2012, the Court entered the Order Granting Application to Employ Patrick M. Jones of Greensfelder, Hemker & Gale, P.C for Official Committee of Unsecured Creditors, retroactive to the Formation Date.

6.      In accordance with the Interim Compensation Order, Greensfelder submitted its Tenth Statement requesting payment of $20,728.00 of fees and $595.06 of expenses during the Tenth Statement Period.  Notice of the statement was provided to all of the parties required by the Interim Compensation Order (the "Notice Parties").  Greensfelder received no objection to

2

the Tenth Statement.  Accordingly, the Debtor paid Greensfelder 80% of the fees set forth in the Tenth Statement.

7.      Greensfelder submitted its Eleventh Statement requesting payment of $6,775.50 of fees and $141.01 of expenses during the Eleventh Statement Period.  Notice of the statement was provided to all of the Notice Parties.  Greensfelder received no objection to the Eleventh Statement.  Accordingly, the Debtor paid Greensfelder 80% of the fees set forth in the Eleventh Statement.

8.      Greensfelder submitted its Twelfth Statement requesting payment of $10,388.50 of fees and $132.60 of expenses during the Twelfth Statement Period.  Notice of the statement was provided to all of the Notice Parties.  Greensfelder received no objection to the Twelfth Statement.  Accordingly, the Debtor has scheduled payment of 80% of the fees and 100% of the expenses set forth in the Twelfth Statement.

**Services Provided by Greensfelder**

9.      During the Application Period, Greensfelder has provided a number of services to the Committee in this case, including reviewing pleadings, consulting with the Debtors regarding their Plan of Reorganization, reviewing the various lenders security agreements, and investigating potential Chapter 5 claims.  Greensfelder limited the number of attorneys involved in the case and avoided duplicating the efforts of the Debtors' other professionals when possible.

10.     In each of the fee statements served on the Notice Parties and filed with the Court, Greensfelder categorized the services provided to the Committee under the following headings: (i) Pleadings, (ii) Plan of Reorganization, (iii) Claims Analysis; (iv) Committee Communications, (v) Hearings, (vi) Fee Applications, and (vii) Case Administration.  During the Application Period, Greensfelder devoted the following total hours to each category:

| Pleadings | 17.30 |
|---|---|
| Plan of Reorganization | 32.60 |
| Claims Analysis | 11.30 |
| Committee Communications | 9.30 |
| Hearings | 13.00 |
| Fee Applications | 6.00 |
| Case Administration | 8.80 |

Itemized breakdowns of the services provided by each attorney under each category are set forth in each of the monthly fee statements which are attached hereto as Exhibit A.

11.    **Pleadings.**  Greensfelder has reviewed the motions, applications and proposed orders filed in this case, and expressed objections and provided comments to the other parties in the case, as appropriate.   Greensfelder has, whenever possible, minimized the administrative expense of this case by seeking to resolve matters amicably and with a minimum of "motion practice".

12.    **Plan of Reorganization.**  Greensfelder participated in the negotiation of certain provisions of the Debtors' amended plan of reorganization, including but not limited to the negotiation of an agreement among the Debtors and their pre-petition lender that will result in distributions to unsecured creditors in an amount of $400,000, or approximately 11% on account of each general unsecured claim.

13.    **Claims Analysis**.  Greensfelder has investigated potential claims against the Debtors' prepetition lenders and insiders, including the review of hundreds of documents produced by the Debtors and thousands of documents produced by Castle Bank, N.A.

Greensfelder also participated in several meetings with counsel to Castle Bank, N.A. to resolve potential claims without the expense of litigation.

14.   **Committee Communications.**   Greensfelder has kept the members of the Committee informed of the events of the case primarily via email and by teleconference for major events, such as retaining the investment banker. Greensfelder has also responded to calls from individual creditors with questions about the case or information about the Debtors and their operations.

15.   **Hearings.**   Greensfelder has attended nearly all of the hearings set in this case and has communicated the Committee's position to the Debtors in the event that Greensfelder was unable to attend a scheduled hearing.

16.   **Fee Applications**.   Greensfelder has reviewed its time entries each month and eliminated duplicative or unnecessary time entries prior to drafting and filing the monthly fee statements and this initial fee application.

17.   **Case Administration**.   Greensfelder has minimized the administrative expense by limiting the number of attorneys assigned to the case and focusing the efforts of other attorneys assigned to the case to specific tasks. Some tasks, like reviewing Non-Disclosure Agreements and Confidentiality Agreements, are unavoidable but necessary to keep the case moving forward.

18.   **Expenses.**   Greensfelder has incurred minimal costs and expenses in this case. Greensfelder incurred expenses during the Application Period in the amounts of: (i) $425.20 for legal research in connection with case law in support of the Committee's settlement position and legal research fiduciary duties of the Committee to creditors with unsupported claims, (ii) $392.62 for conference calls associated with Committee teleconferences and conference calls

5

with Debtors'/Lender's counsel, and with a Creditor at the standard rate charged to the Firm by the teleconference service provider, and (iii) $50.85 for travel expense incurred to attend the auction of repossessed aircraft in Gary, Indiana. Itemized breakdowns of the expenses incurred by Greensfelder in connection with this case are set forth in each of the monthly fee statements which are attached hereto as Exhibit A.

<div align="center">

**LEGAL STANDARD**

</div>

19.    Greensfelder hereby adopts and incorporates the legal standard set forth in the FOURTH INTERIM AND FINAL FEE APPLICATION OF NEAL, GERBER & EISENBERG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 15, 2012 THROUGH AND INCLUDING MARCH 27, 2013 on pages 23-25.

<div align="center">

**APPLICATION OF LEGAL STANDARD**

</div>

20.    The amount of services rendered by Greensfelder to achieve the results obtained for the benefit of the estates' creditors was reasonable in light of the complexity of the issues involved in this case. Greensfelder attorneys allocated responsibilities among attorneys at Greensfelder to minimize possible duplication of efforts. Compensation is sought for participation in one task by more than one attorney of Greensfelder only in instances where joint participation was necessary because of the significant impact of a particular hearing or meeting, the complexity of the problems involved, the magnitude of the work to be performed, and the specialization required or the need to preserve a continuity of representation.

21.    The experience and expertise in bankruptcy cases and the quality of the services brought to this case by Greensfelder further supports the requested compensation. This law firm

<div align="center">6</div>

has charged the estate the normal and customary hourly rates for similar services rendered in like

circumstances to other clients. Furthermore, the rates at which Greensfelder seeks compensation

are its standard hourly rates. The rates are comparable to the rates charged by other practitioners

of similar experience, competence and standing in the community.

22.     Greensfelder submits that its hourly rates and hours for which compensation is

sought are reasonable and appropriate. The compensation request is well within an acceptable

range for comparable legal services in the Chicago metropolitan legal community and is

eminently fair given the efforts required of Greensfelder in this case, and the risk of non-

payment.

23.     No agreement exists between Greensfelder and any third party for the sharing of

compensation received by Greensfelder in this case, except as allowed by the exception set forth

in Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of

compensation among members of Greensfelder.

24.     A copy of the computer generated time entries reflecting the time recorded for

these services, organized in project billing categories in accordance with Local Rule 5082-1, as

well itemized expenses, is attached hereto as Exhibit A.

## NOTICE

25.     In accordance with the Administrative Order, Greensfelder has served this

Application upon: (i) the Debtors; (ii) counsel to the lenders, Dressler Peters, LLC; (iii) counsel

to the Debtors; and (iv) the Office of the U.S. Trustee, Attn: M. Gretchen Silver (collectively, the

"Notice Parties"). Also, in accordance with the Administrative Order, the Application was

served electronically upon those entities having requested notices in this case pursuant to Rule

7

2002 of the Federal Rules of Bankruptcy Procedure.   Greensfelder submits that such notice is appropriate and proper.

26.     Attached hereto as Exhibit B is Greensfelder's Summary of Fees by Timekeeper During Final Application Period.

27.     Attached hereto as Exhibit C is Greensfelder's Summary of Categories During Final Application Period.

WHEREFORE, Greensfelder respectfully requests entry of an order authorizing and approving (i) interim compensation in the amount of $37,892.00, incurred for actual, necessary and valuable professional services rendered to the Committee from January 1, 2013 through and including March 31, 2013; (ii) interim reimbursement of expenses totaling $868.67 incurred in connection with Greensfelder's representation of the Committee from January 1, 2013 through and including March 31, 2013; (iii) allowance and payment on a final basis of compensation totaling $144,278.11 for professional services rendered and $1,562.67 for expenses incurred for the Final Application Period from April 16, 2012 through March 31, 2013; and (iv) granting such other and further relief as the Court deems necessary under the circumstances.

Dated: May 8, 2013                                   Respectfully submitted,


                                                     By:  /s/ Patrick M. Jones
                                                          One of the Attorneys for the
                                                          Official Committee of Unsecured
                                                          Creditors


Patrick M. Jones (ARDC No. 6271256)
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois  60606
Telephone:  (312) 419-9090
Facsimile:  (312) 419-1930
pmj@greensfelder.com

# **<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Pamela S. Hollis |
| | ) | |

## TENTH STATEMENT OF GREENSFELDER, HEMKER & GALE, P.C.
## AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013

Patrick M. Jones and Greensfelder, Hemker & Gale, P.C. ("Greensfelder"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter, jointly consolidated Chapter 11 bankruptcy cases, hereby files its Tenth Statement (the "Tenth Statement") of Greensfelder, Hemker & Gale, P.C. as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2013 through January 31, 2013 (the "Statement Period"). In support of the Tenth Statement, Greensfelder states as follows:

1.    On March 15, 2012 (the "Petition Date"), the Debtor and two of its affiliates filed Voluntary Petitions for relief under Chapter 11 of the United States Bankruptcy Code [11 U.S.C. §§ 101, *et seq.*] (the "Bankruptcy Code"), which are being jointly administered under the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case").

2.    On March 28, 2012 (the "Formation Date"), the United States Trustee appointed the Committee and the Committee retained Greensfelder as its counsel. No trustee or examiner has been appointed in this case.

3.     On April 17, 2012, the Court entered the Order Establishing Procedures for Interim Compensation and reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Procedures Order").

4.     On April 26, 2012, the Court entered the Order Granting Application to Employ Patrick M. Jones of Greensfelder, Hemker & Gale, P.C for Official Committee of Unsecured Creditors, retroactive to the Formation Date.

5.     As set forth in Exhibit A, Greensfelder incurred $20,728.00 of fees during the Statement Period.  Professionals with Greensfelder devoted a total of 54.60 hours of time during the Statement Period at an average hourly rate of $379.63 per hour.  In addition, as set forth in Exhibit A, Greensfelder incurred expenses during the Statement Period in the amount of $595.06 for legal research and conference calls associated with Committee teleconferences and conference calls with Debtors'/Lender's counsel at the standard rate charged to the Firm by the teleconference service provider.

6.     Notice of the Tenth Statement has been provided to all of the parties required by the Interim Compensation Order (the "Notice Parties").

7.     In accordance with the terms of the Interim Compensation Order, without further order of the Court, unless any Notice Party objects to the Tenth Statement, in whole or in part, on or before 20 days from the date of service of the Tenth Statement, the Debtors shall be authorized to pay 80% of the requested fees and 100% of requested expenses to Greensfelder.

2

8.      Greensfelder reserves the right to correct, amend, or supplement the Tenth

Statement on behalf of itself or on behalf of the members of the Committee until such time as

final compensation and reimbursement is sought from the estate.


Dated:  February 13, 2013

                                        Respectfully submitted,


                                        By:  /s/ Patrick M. Jones
                                             One of the Attorneys for the Official
                                             Committee of Unsecured Creditors



Patrick M. Jones (ARDC No. 6271256)
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 419-9090
Facsimile:  (312) 419-1930
pmj@greensfelder.com

# EXHIBIT A


# GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

10313-140

For legal services rendered January 1 through January 31, 2013

**In Re: R & M Aviation**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/13 | P. Jones | Telephone call with creditor regarding status of the case. | .20 | $  75.00 |
| 1/2/13 | P. Jones | Reviewing response from Castle Bank regarding settlement offer. | 1.20 | 450.00 |
| 1/2/13 | P. Jones | Summarizing response from Castle Bank regarding settlement offer for Committee. | .60 | 225.00 |
| 1/2/13 | P. Jones | Telephone call with N. Miller regarding negotiations with Castle Bank (.2) and Plan terms (.3). | .50 | 187.50 |
| 1/4/13 | P. Jones | Telephone call with Committee member regarding possible settlement conference on Monday. | .60 | 225.00 |
| 1/4/13 | P. Jones | Researching cases cited by Lender in its response to the Committee's offer. | 4.20 | 1,575.00 |
| 1/4/13 | P. Jones | Researching caselaw in support of Committee's settlement position. | 2.60 | 975.00 |
| 1/7/13 | P. Jones | Meeting with Committee Chairman to discuss settlement position. | 1.00 | 375.00 |
| 1/7/13 | P. Jones | Reviewing legal and factual basis for settlement conference with Lender. | 3.50 | 1,312.50 |
| 1/7/13 | P. Jones | Informal mediation with Lender and Debtors' counsel. | 3.20 | 1,200.00 |
| 1/8/13 | P. Jones | Telephone call with member of the Committee regarding settlement negotiations. | .50 | 187.50 |
| 1/8/13 | P. Jones | Drafting summary of settlement mediation for distribution to Committee. | .50 | 187.50 |
| 1/9/13 | P. Jones | Telephone call with member of Creditors' Committee regarding terms of settlement with lender. | .40 | 150.00 |
| 1/9/13 | P. Jones | Draft, review and edit Ninth Fee Statement | .90 | 337.50 |
| 1/10/13 | P. Jones | Reviewing Debtors' proposed budget. | .40 | 150.00 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



# GREENSFELDER
ATTORNEYS AT LAW

February 13, 2013

| 1/10/13 | P. Jones | Attending hearing on cash collateral. | 1.10 | 412.50 |
|---|---|---|---|---|
| 1/10/13 | P. Jones | Reviewing Debtors' objection to IRS proof of claim. | .40 | 150.00 |
| 1/10/13 | P. Jones | Telephone call with member of Creditors' Committee regarding status of claims objections. | .20 | 75.00 |
| 1/11/13 | P. Jones | Telephone call with member of Creditors' Committee regarding settlement with Castle Bank. | .20 | 75.00 |
| 1/11/13 | P. Jones | Reviewing proposed Plan of Reorganization. | 1.50 | 562.50 |
| 1/11/13 | P. Jones | Summarizing proposed Plan of Reorganization for distribution to Committee. | .50 | 187.50 |
| 1/11/13 | P. Jones | Reviewing Angel Jet's motion to compel production of marketing materials. | .40 | 150.00 |
| 1/11/13 | P. Jones | Reviewing Debtors' response to motion to compel. | .30 | 112.50 |
| 1/14/13 | P. Jones | Reviewing the draft Plan of Reorganization. | 2.20 | 825.00 |
| 1/14/13 | P. Jones | Summarizing Plan of Reorganization for Committee. | .60 | 225.00 |
| 1/17/13 | P. Jones | Telephone call with N. Miller regarding Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Telephone call with B. DeMedici regarding Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Telephone call with N. Miller regarding events after the Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Meeting with Angel Jet regarding interest in purchasing the Debtors' business. | .50 | 187.50 |
| 1/17/13 | V. Lipic | Attend hearing on Angel Jet's motion to compel access after reviewing motion. | 1.00 | 300.00 |
| 1/18/13 | P. Jones | Reviewing aircraft sales motion (.7); reviewing scheduling motion (.5). | 1.20 | 450.00 |
| 1/21/13 | P. Jones | Telephone call with creditor regarding terms of proposed Plan. | .40 | 150.00 |
| 1/21/13 | P. Jones | Reviewing Bank's comments to the aircraft sale motion. | .50 | 187.50 |
| 1/22/13 | P. Jones | Reviewing and commenting on revised Plan of Reorganization. | 1.20 | 450.00 |
| 1/22/13 | P. Jones | Telephone call with member of Creditor's Committee regarding claims transfer procedures and voting. | .50 | 187.50 |



February 13, 2013

| 1/22/13 | P. Jones | Reviewing Cash Receipts (.3) and Quarterly Fee Statement submitted by Debtors' counsel (.3). | .60 | 225.00 |
|---------|----------|---|---|---|
| 1/23/13 | P. Jones | Reviewing comments to the Plan of Reorganization. | .60 | 225.00 |
| 1/23/13 | P. Jones | Reviewing Workers' Compensation Motion (.5) and Bank's comments to the same (.2). | .70 | 262.50 |
| 1/23/13 | P. Jones | Telephone call with D. Lander regarding Committee's concerns regarding the proposed Plan of Reorganization. | .40 | 150.00 |
| 1/23/13 | D. Lander | Analyze revised Plan regarding distributions to unsecured creditors and make recommendation. | 1.90 | 788.50 |
| 1/24/13 | P. Jones | Reviewing motion to obtain premium financing. | .60 | 225.00 |
| 1/24/13 | D. Lander | Draft language for revised payments to monitor and enforce payments to unsecured creditor. | 1.60 | 664.00 |
| 1/25/13 | P. Jones | Communications with N. Miller regarding fee statements. | .20 | 75.00 |
| 1/28/13 | P. Jones | Reviewing the exhibits to the proposed disclosure statement. | 2.20 | 825.00 |
| 1/28/13 | D. Lander | Analyze black-line of amended Plan (1.6); email with counsel for Debtor regarding new language in definition of carve-out (.2) | 1.80 | 747.00 |
| 1/29/13 | P. Jones | Attending hearing on Debtors' scheduling and voting procedures order. | 1.30 | 487.50 |
| 1/29/13 | P. Jones | Meeting with counsel to Debtors and Castle Bank regarding Angel Jet proof of claim. | .40 | 150.00 |
| 1/29/13 | P. Jones | Meeting with counsel to Angel Jet regarding proof of claim. | .30 | 112.50 |
| 1/29/13 | P. Jones | Meeting with counsel to Angel Jet regarding Committee's support of the proposed Plan of reorganization. | .20 | 75.00 |
| 1/29/13 | D. Lander | Email exchange regarding Plan treatment of Castle Bank claim (.4); analyze disclosure statement (1.4). | 1.80 | 747.00 |
| 1/30/13 | P. Jones | Drafting letter in support of Plan to be sent on behalf of the Committee. | .50 | 187.50 |
| 1/30/13 | P. Jones | Drafting objection to Angel Jet motion to set aside order denying claim. | 1.10 | 412.50 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



February 13, 2013

| 1/30/13 | P. Jones | Telephone call with Committee regarding objection to Angel Jet claim. | .30 | 112.50 |
| 1/30/13 | P. Jones | Researching fiduciary duties of Committee to creditors with unsupported claims. | .60 | 225.00 |
| 1/30/13 | P. Jones | Reviewing Debtors' objection to Angel Jet claim and attachments. | 1.20 | 450.00 |
| 1/30/13 | D. Lander | Analyze various Plan changes - Disclosure Statement issues. | 1.10 | 456.50 |
| 1/31/13 | P. Jones | Preparing for (.8) and attending (.5) hearing on objection to Angel Jet claim. | 1.30 | 487.50 |

TOTAL:  **54.60**   **$20,728.00**

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.


GREENSFELDER
ATTORNEYS AT LAW

February 13, 2013

## EXPENSES

| | | |
|---|---|---|
| Conference Call on 11/16/12 (P. Jones) | | $ 14.37 |
| Conference Call on 11/21/12 (P. Jones) | | 58.83 |
| Conference Call on 11/29/12 (P. Jones) | | 96.66 |
| Westlaw Research on 1/4/13 (P. Jones) | | 268.20 |
| Westlaw Research on 1/30/13 (P. Jones) | | 157.00 |
| | | ---------- |
| | **TOTAL:** | **$595.06** |

* * * * * * * * * * *

| | |
|---|---|
| **TOTAL LEGAL SERVICES** | **$20,728.00** |
| **TOTAL EXPENSES** | **595.06** |
| | ------------ |
| **TOTAL THIS STATEMENT** | **$21,323.06** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 45.40 | $375.00 | $17,025.00 |
| David A. Lander | 8.20 | $415.00 | $3,403.00 |
| Valerie G. Lipic | 1.00 | $300.00 | $300.00 |

*Fee charges and expenses which have not been posted to date against your account will appear on a later statement.*



# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 5.10 | $1,912.50 |
| Sale Efforts / Plan of Reorganization | 25.50 | 9,890.50 |
| Claims Analysis | 11.30 | 4,237.50 |
| Committee Communications | 5.90 | 2,212.50 |
| Hearings | 4.70 | 1,687.50 |
| Fee Applications | .90 | 337.50 |
| Case Administration | 1.20 | 450.00 |
| TOTAL: | ---------- 54.60 | ------------- $20,728.00 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER

### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Pleadings**

| | | | | |
|---|---|---|---|---|
| 1/10/13 | P. Jones | Reviewing Debtors' proposed budget. | .40 | $ 150.00 |
| 1/10/13 | P. Jones | Reviewing Debtors' objection to IRS proof of claim. | .40 | 150.00 |
| 1/11/13 | P. Jones | Reviewing Angel Jet's motion to compel production of marketing materials. | .40 | 150.00 |
| 1/11/13 | P. Jones | Reviewing Debtors' response to motion to compel. | .30 | 112.50 |
| 1/18/13 | P. Jones | Reviewing aircraft sales motion (.7); reviewing scheduling motion (.5). | 1.20 | 450.00 |
| 1/21/13 | P. Jones | Reviewing Bank's comments to the aircraft sale motion. | .50 | 187.50 |
| 1/22/13 | P. Jones | Reviewing Cash Receipts (.3) and Quarterly Fee Statement submitted by Debtors' counsel (.3). | .60 | 225.00 |
| 1/23/13 | P. Jones | Reviewing Workers' Compensation Motion (.5) and Bank's comments to the same (.2). | .70 | 262.50 |
| 1/24/13 | P. Jones | Reviewing motion to obtain premium financing. | .60 | 225.00 |
| | | **TOTAL:** | 5.10 | **$1,912.50** |


# GREENSFELDER
### A T T O R N E Y S   A T   L A W

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re:  Sale Efforts / Plan of Reorganization**

| | | | | |
|---|---|---|---|---|
| 1/2/13 | P. Jones | Reviewing response from Castle Bank regarding settlement offer. | 1.20 | $ 450.00 |
| 1/2/13 | P. Jones | Telephone call with N. Miller regarding negotiations with Castle Bank (.2) and Plan terms (.3). | .50 | 187.50 |
| 1/4/13 | P. Jones | Researching cases cited by Lender in its response to the Committee's offer. | 4.20 | 1,575.00 |
| 1/7/13 | P. Jones | Informal mediation with Lender and Debtors' counsel. | 3.20 | 1,200.00 |
| 1/11/13 | P. Jones | Reviewing proposed Plan of Reorganization. | 1.50 | 562.50 |
| 1/14/13 | P. Jones | Reviewing the draft Plan of Reorganization. | 2.20 | 825.00 |
| 1/22/13 | P. Jones | Reviewing and commenting on revised Plan of Reorganization. | 1.20 | 450.00 |
| 1/23/13 | P. Jones | Reviewing comments to the Plan of Reorganization. | .60 | 225.00 |
| 1/23/13 | D. Lander | Analyze revised Plan regarding distributions to unsecured creditors and make recommendation. | 1.90 | 788.50 |
| 1/24/13 | D. Lander | Draft language for revised payments to monitor and enforce payments to unsecured creditor. | 1.60 | 664.00 |
| 1/28/13 | P. Jones | Reviewing the exhibits to the proposed disclosure statement. | 2.20 | 825.00 |
| 1/28/13 | D. Lander | Analyze black-line of amended Plan (1.6); email with counsel for Debtor regarding new language in definition of carve-out (.2). | 1.80 | 747.00 |
| 1/29/13 | D. Lander | Email exchange regarding Plan treatment of Castle Bank claim (.4); analyze disclosure statement (1.4). | 1.80 | 747.00 |
| 1/30/13 | P. Jones | Drafting letter in support of Plan to  be sent on behalf of the Committee. | .50 | 187.50 |
| 1/30/13 | D. Lander | Analyze various Plan changes - Disclosure Statement issues. | 1.10 | 456.50 |
| | | | ---------- | ----------- |
| | | **TOTAL:** | **25.50** | **$9,890.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.


# GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Claims Analysis**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/4/13 | P. Jones | Researching caselaw in support of Committee's settlement position. | 2.60 | $ 975.00 |
| 1/7/13 | P. Jones | Reviewing legal and factual basis for settlement conference with Lender. | 3.50 | 1,312.50 |
| 1/17/13 | P. Jones | Telephone call with N. Miller regarding Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Telephone call with B. DeMedici regarding Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Telephone call with N. Miller regarding events after the Angel Jet motion to compel. | .30 | 112.50 |
| 1/17/13 | P. Jones | Meeting with Angel Jet regarding interest in purchasing the Debtors' business. | .50 | 187.50 |
| 1/29/13 | P. Jones | Meeting with counsel to Debtors and Castle Bank regarding Angel Jet proof of claim. | .40 | 150.00 |
| 1/29/13 | P. Jones | Meeting with counsel to Angel Jet regarding proof of claim. | .30 | 112.50 |
| 1/29/13 | P. Jones | Meeting with counsel to Angel Jet regarding Committee's support of the proposed Plan of reorganization. | .20 | 75.00 |
| 1/30/13 | P. Jones | Drafting objection to Angel Jet motion to set aside order denying claim. | 1.10 | 412.50 |
| 1/30/13 | P. Jones | Researching fiduciary duties of Committee to creditors with unsupported claims | .60 | 225.00 |
| 1/30/13 | P. Jones | Reviewing Debtors' objection to Angel Jet claim and attachments. | 1.20 | 450.00 |
| | | **TOTAL:** | **11.30** | **$4,237.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Committee Communications**

| 1/2/13 | P. Jones | Summarizing response from Castle Bank regarding settlement offer for Committee. | .60 | $ 225.00 |
|---|---|---|---|---|
| 1/4/13 | P. Jones | Telephone call with Committee member regarding possible settlement conference on Monday. | .60 | 225.00 |
| 1/7/13 | P. Jones | Meeting with Committee Chairman to discuss settlement position. | 1.00 | 375.00 |
| 1/8/13 | P. Jones | Telephone call with member of the Committee regarding settlement negotiations. | .50 | 187.50 |
| 1/8/13 | P. Jones | Drafting summary of settlement mediation for distribution to Committee. | .50 | 187.50 |
| 1/9/13 | P. Jones | Telephone call with member of Creditors' Committee regarding terms of settlement with lender. | .40 | 150.00 |
| 1/10/13 | P. Jones | Telephone call with member of Creditors' Committee regarding status of claims objections | .20 | 75.00 |
| 1/11/13 | P. Jones | Telephone call with member of Creditors' Committee regarding settlement with Castle Bank. | .20 | 75.00 |
| 1/11/13 | P. Jones | Summarizing proposed Plan of Reorganization for distribution to Committee. | .50 | 187.50 |
| 1/14/13 | P. Jones | Summarizing Plan of Reorganization for Committee. | .60 | 225.00 |
| 1/22/13 | P. Jones | Telephone call with member of Creditor's Committee regarding claims transfer procedures and voting. | .50 | 187.50 |
| 1/30/13 | P. Jones | Telephone call with Committee regarding objection to Angel Jet claim. | .30 | 112.50 |
| | | | ------ | ------------ |
| | | **TOTAL:** | **5.90** | **$2,212.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Hearings**

| | | | | |
|---|---|---|---|---|
| 1/10/13 | P. Jones | Attending hearing on cash collateral. | 1.10 | $ 412.50 |
| 1/17/13 | V. Lipic | Attend hearing on Angel Jet's motion to compel access after reviewing motion. | 1.00 | 300.00 |
| 1/29/13 | P. Jones | Attending hearing on Debtors' scheduling and voting procedures order. | 1.30 | 487.50 |
| 1/31/13 | P. Jones | Preparing for (.8) and attending (.5) hearing on objection to Angel Jet claim. | 1.30 | 487.50 |
| | | **TOTAL:** | **4.70** | **$1,687.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Fee Applications**

| | | | | |
|---|---|---|---|---|
| 1/9/13 | P. Jones | Draft, review and edit Ninth Fee Statement. | .90 | $337.50 |
| | | | ------- | ---------- |
| | | **TOTAL:** | **.90** | **$337.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

February 13, 2013

For legal services rendered January 1 through January 31, 2013

**Re: Case Administration**

| | | | | |
|---|---|---|---|---|
| 1/2/13 | P. Jones | Telephone call with creditor regarding status of the case. | .20 | $ 75.00 |
| 1/21/13 | P. Jones | Telephone call with creditor regarding terms of proposed Plan. | .40 | 150.00 |
| 1/23/13 | P. Jones | Telephone call with D. Lander regarding Committee's concerns regarding the proposed Plan of Reorganization. | .40 | 150.00 |
| 1/25/13 | P. Jones | Communications with N. Miller regarding fee statements. | .20 | 75.00 |
| | | | ------- | ----------- |
| | | **TOTAL:** | **1.20** | **$450.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Pamela S. Hollis |

### ELEVENTH STATEMENT OF GREENSFELDER, HEMKER & GALE, P.C.
### AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

Patrick M. Jones and Greensfelder, Hemker & Gale, P.C. ("Greensfelder"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter, jointly consolidated Chapter 11 bankruptcy cases, hereby files its Eleventh  Statement (the "Eleventh Statement") of Greensfelder, Hemker & Gale, P.C. as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2013 through February 28, 2013 (the "Statement Period").  In support of the Eleventh Statement, Greensfelder states as follows:

1.      On March 15, 2012 (the "Petition Date"), the Debtor and two of its affiliates filed Voluntary Petitions for relief under Chapter 11 of the United States Bankruptcy Code [11 U.S.C. §§ 101, *et seq.*] (the "Bankruptcy Code"), which are being jointly administered under the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case").

2.      On March 28, 2012 (the "Formation Date"), the United States Trustee appointed the Committee and the Committee retained Greensfelder as its counsel. No trustee or examiner has been appointed in this case.

3.      On April 17, 2012, the Court entered the Order Establishing Procedures for Interim Compensation and reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Procedures Order").

4.      On April 26, 2012, the Court entered the Order Granting Application to Employ Patrick M. Jones of Greensfelder, Hemker & Gale, P.C for Official Committee of Unsecured Creditors, retroactive to the Formation Date.

5.      As set forth in Exhibit A, Greensfelder incurred $6,775.50 of fees during the Statement Period. Professionals with Greensfelder devoted a total of 17.40 hours of time during the Statement Period at an average hourly rate of $389.40 per hour. In addition, as set forth in Exhibit A, Greensfelder incurred expenses during the Statement Period in the amount of $141.01 for conference calls associated with Committee teleconferences and conference calls with Debtors'/Lender's counsel at the standard rate charged to the Firm by the teleconference service provider.

6.      Notice of the Eleventh Statement has been provided to all of the parties required by the Interim Compensation Order (the "Notice Parties").

7.      In accordance with the terms of the Interim Compensation Order, without further order of the Court, unless any Notice Party objects to the Eleventh Statement, in whole or in part, on or before 20 days from the date of service of the Eleventh Statement, the Debtors shall be authorized to pay 80% of the requested fees and 100% of requested expenses to Greensfelder.

8.    Greensfelder reserves the right to correct, amend, or supplement the Eleventh Statement on behalf of itself or on behalf of the members of the Committee until such time as final compensation and reimbursement is sought from the estate.

Dated:  March 7, 2013

<div style="margin-left:40%">

Respectfully submitted,


By:  /s/ Patrick M. Jones
          One of the Attorneys for the Official
          Committee of Unsecured Creditors

</div>

Patrick M. Jones (ARDC No. 6271256)
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 419-9090
Facsimile:  (312) 419-1930
pmj@greensfelder.com

# **EXHIBIT A**

 **GREENSFELDER**
A T T O R N E Y S  A T  L A W

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

10313-140

For legal services rendered February 1 through February 28, 2013

**In Re: R & M Aviation**

| 2/1/13 | P. Jones | Reviewing objection to Equipment Leasing Services and Rohlfing claims. | .50 | $ 197.50 |
|--------|----------|---|-----|----------|
| 2/1/13 | P. Jones | Reviewing motion to extend time to assume or reject unexpired leases. | .40 | 158.00 |
| 2/4/13 | P. Jones | Telephone call with Committee member regarding assumption of contracts. | .30 | 118.50 |
| 2/4/13 | P. Jones | Telephone call with former employee of Debtors regarding status and priority of claim. | .50 | 197.50 |
| 2/5/13 | P. Jones | Reviewing January fee statement filed on behalf of Rally Capital. | .50 | 197.50 |
| 2/6/13 | P. Jones | Attended hearing on Debtors' motion for agreed extension of time to assume/reject unexpired leases and first omnibus motion for an order authorizing the assumption of executory contracts or unexpired leases/establish cure costs. | 1.00 | 395.00 |
| 2/13/13 | P. Jones | Drafting January fee statement. | 1.20 | 474.00 |
| 2/13/13 | P. Jones | Communications with members of Creditor's Committee regarding voting on Plan of Reorganization. | .50 | 197.50 |
| 2/14/13 | P. Jones | Reviewing Angel Jet motion to vacate order disallowing claims and responsive pleadings. | 2.00 | 790.00 |
| 2/14/13 | P. Jones | Telephone call with creditor regarding claims deadline and whether proof of claim must be filed. | .40 | 158.00 |
| 2/14/13 | P. Jones | Reviewing January fee statement filed by Debtors' counsel. | .50 | 197.50 |
| 2/14/13 | P. Jones | Drafting quarterly interim fee application. | 1.40 | 553.00 |
| 2/14/13 | P. Jones | Attended hearings on cash collateral and Angel Jet motion. | 1.20 | 474.00 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



March 7, 2013

| 2/15/13 | P. Jones | Reviewing interim fee application filed on behalf of Rally Capital. | .80 | 316.00 |
|---|---|---|---|---|
| 2/15/13 | P. Jones | Revising quarterly Third Interim Fee Application for Counsel to Creditors' Committee. | 1.50 | 592.50 |
| 2/19/13 | P. Jones | Telephone call with Committee Chairman regarding progress of Plan confirmation process. | .50 | 197.50 |
| 2/19/13 | P. Jones | Telephone call with Debtors' counsel regarding ballots of Class 7 claims. | .30 | 118.50 |
| 2/19/13 | P. Jones | Reviewing ballots of Committee members. | .40 | 158.00 |
| 2/20/13 | P. Jones | Reviewing proposed order settling Angel Jet claim. | .50 | 197.50 |
| 2/21/13 | V. Lipic | Attend status conference on Angel Jet claim and objection. | 1.30 | 416.00 |
| 2/22/13 | P. Jones | Telephone call with creditor, Chicago Jet Group, regarding ballot and Plan confirmation. | .40 | 158.00 |
| 2/22/13 | P. Jones | Reviewing objection to Werth claim. | .30 | 118.50 |
| 2/22/13 | P. Jones | Reviewing order entered on Angel Jet claim. | .30 | 118.50 |
| 2/26/13 | P. Jones | Telephone call with creditor, Image Air, regarding Plan and balloting. | .40 | 158.00 |
| 2/28/13 | P. Jones | Telephone call with creditor regarding Plan, balloting and post-confirmation process. | .30 | 118.50 |

TOTAL:   **17.40**   **$6,775.50**



March 7, 2013

## EXPENSES

| | |
|---|---|
| Conference Call on 12/19/12 (P. Jones) | $22.47 |
| Conference Call on 12/21/12 (P. Jones) | 86.48 |
| Conference Call on 12/27/12 (P. Jones) | 9.37 |
| Conference Call on 1/8/13 (P. Jones) | 22.69 |
| | ---------- |
| **TOTAL:** | **$141.01** |

· · · · · · · · · · ·

| | |
|---|---|
| **TOTAL LEGAL SERVICES** | **$6,775.50** |
| **TOTAL EXPENSES** | **141.01** |
| | ------------ |
| **TOTAL THIS STATEMENT** | **$6,916.51** |

*Fee charges and expenses which have not been posted to date against your account will appear on a later statement.*

 

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

Re: Timekeeper Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 16.10 | $395.00 | $6,359.50 |
| Valerie G. Lipic | 1.30 | $320.00 | $416.00 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

### CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 5.80 | $2,291.00 |
| Plan of Reorganization | 1.80 | 711.00 |
| Committee Communications | 1.30 | 513.00 |
| Hearings | 3.50 | 1,285.00 |
| Fee Applications | 4.10 | 1,619.50 |
| Case Administration | .90 | 355.50 |
| **TOTAL:** | --------- | ------------- |
|  | **17.40** | **$6,775.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Pleadings**

| | | | | |
|---|---|---|---|---|
| 2/1/13 | P. Jones | Reviewing objection to Equipment Leasing Services and Rohlfing claims. | .50 | $ 197.50 |
| 2/1/13 | P. Jones | Reviewing motion to extend time to assume or reject unexpired leases. | .40 | 158.00 |
| 2/5/13 | P. Jones | Reviewing January fee statement filed on behalf of Rally Capital. | .50 | 197.50 |
| 2/14/13 | P. Jones | Reviewing Angel Jet motion to vacate order disallowing claims and responsive pleadings. | 2.00 | 790.00 |
| 2/14/13 | P. Jones | Reviewing January fee statement filed by Debtors' counsel. | .50 | 197.50 |
| 2/15/13 | P. Jones | Reviewing interim fee application filed on behalf of Rally Capital. | .80 | 316.00 |
| 2/20/13 | P. Jones | Reviewing proposed order settling Angel Jet claim. | .50 | 197.50 |
| 2/22/13 | P. Jones | Reviewing objection to Werth claim. | .30 | 118.50 |
| 2/22/13 | P. Jones | Reviewing order entered on Angel Jet claim. | .30 | 118.50 |
| | | | --------- | ------------ |
| | | **TOTAL:** | **5.80** | **$2,291.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Plan of Reorganization**

| | | | | |
|---|---|---|---|---|
| 2/19/13 | P. Jones | Telephone call with Debtors' counsel regarding ballots of Class 7 claims. | .30 | $118.50 |
| 2/19/13 | P. Jones | Reviewing ballots of Committee members. | .40 | 158.00 |
| 2/22/13 | P. Jones | Telephone call with creditor, Chicago Jet Group, regarding ballot and Plan confirmation. | .40 | 158.00 |
| 2/26/13 | P. Jones | Telephone call with creditor, Image Air, regarding Plan and balloting. | .40 | 158.00 |
| 2/28/13 | P. Jones | Telephone call with creditor regarding Plan, balloting and post-confirmation process. | .30 | 118.50 |
| | | **TOTAL:** | **1.80** | **$711.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Committee Communications**

| | | | | |
|---|---|---|---|---|
| 2/4/13 | P. Jones | Telephone call with Committee member regarding assumption of contracts. | .30 | $118.50 |
| 2/13/13 | P. Jones | Communications with members of Creditor's Committee regarding voting on Plan of Reorganization. | .50 | 197.50 |
| 2/19/13 | P. Jones | Telephone call with Committee Chairman regarding progress of Plan confirmation process. | .50 | 197.50 |
| | | **TOTAL:** | **1.30** | **$513.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

 **GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Hearings**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/13 | P. Jones | Attended hearing on Debtors' motion for agreed extension of time to assume/reject unexpired leases and first omnibus motion for an order authorizing the assumption of executory contracts or unexpired leases/establish cure costs. | 1.00 | $ 395.00 |
| 2/14/13 | P. Jones | Attended hearings on cash collateral and Angel Jet motion. | 1.20 | 474.00 |
| 2/21/13 | V. Lipic | Attend status conference on Angel Jet claim and objection. | 1.30 | 416.00 |
| | | **TOTAL:** | 3.50 | $1,285.00 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Fee Applications**

| | | | | |
|---|---|---|---|---|
| 2/13/13 | P. Jones | Drafting January fee statement. | 1.20 | $ 474.00 |
| 2/14/13 | P. Jones | Drafting quarterly interim fee application. | 1.40 | 553.00 |
| 2/15/13 | P. Jones | Revising quarterly Third Interim Fee Application for Counsel to Creditors' Committee. | 1.50 | 592.50 |
| | | | ------- | ------------ |
| | | **TOTAL:** | **4.10** | **$1,619.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

March 7, 2013

For legal services rendered February 1 through February 28, 2013

**Re: Case Administration**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 2/4/13 | P. Jones | Telephone call with former employee of Debtors regarding status and priority of claim. | .50 | $197.50 |
| 2/14/13 | P. Jones | Telephone call with creditor regarding claims deadline and whether proof of claim must be filed. | .40 | 158.00 |
| | | **TOTAL:** | **.90** | **$355.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&M AVIATION, INC., *et al.* | ) | Case No.: 12-10343 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Pamela S. Hollis |

TWELFTH STATEMENT OF GREENSFELDER, HEMKER & GALE, P.C.
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013

Patrick M. Jones and Greensfelder, Hemker & Gale, P.C. ("Greensfelder"), as counsel to

the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter,

jointly consolidated Chapter 11 bankruptcy cases, hereby files its Twelfth Statement (the

"Twelfth Statement") of Greensfelder, Hemker & Gale, P.C. as Counsel to the Official

Committee of Unsecured Creditors for the Period from March 1, 2013 through March 31, 2013

(the "Statement Period"). In support of the Twelfth Statement, Greensfelder states as follows:

1.      On March 15, 2012 (the "Petition Date"), the Debtor and two of its affiliates filed

Voluntary Petitions for relief under Chapter 11 of the United States Bankruptcy Code [11 U.S.C.

§§ 101, *et seq.*] (the "Bankruptcy Code"), which are being jointly administered under the above-

captioned Chapter 11 bankruptcy case (the "Bankruptcy Case").

2.      On March 28, 2012 (the "Formation Date"), the United States Trustee appointed

the Committee and the Committee retained Greensfelder as its counsel. No trustee or examiner

has been appointed in this case.

3.      On April 17, 2012, the Court entered the Order Establishing Procedures for Interim Compensation and reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Procedures Order").

4.      On April 26, 2012, the Court entered the Order Granting Application to Employ Patrick M. Jones of Greensfelder, Hemker & Gale, P.C for Official Committee of Unsecured Creditors, retroactive to the Formation Date.

5.      As set forth in Exhibit A, Greensfelder incurred $10,388.50 of fees during the Statement Period. Professionals with Greensfelder devoted a total of 26.30 hours of time during the Statement Period at an average hourly rate of $395.00 per hour. In addition, as set forth in Exhibit A, Greensfelder incurred expenses during the Statement Period in the amount of $132.60 for conference calls associated with a Committee teleconference and a conference call with a Creditor at the standard rate charged to the Firm by the teleconference service provider; and, for travel expense incurred to attend the auction of repossessed aircraft in Gary, Indiana.

6.      Notice of the Twelfth Statement has been provided to all of the parties required by the Interim Compensation Order (the "Notice Parties").

7.      In accordance with the terms of the Interim Compensation Order, without further order of the Court, unless any Notice Party objects to the Twelfth Statement, in whole or in part, on or before 20 days from the date of service of the Twelfth Statement, the Debtors shall be authorized to pay 80% of the requested fees and 100% of requested expenses to Greensfelder.

2

8.    Greensfelder reserves the right to correct, amend, or supplement the Twelfth

Statement on behalf of itself or on behalf of the members of the Committee until such time as

final compensation and reimbursement is sought from the estate.

Dated:  April 5, 2013

                                        Respectfully submitted,


                                        By:  /s/ Patrick M. Jones
                                             One of the Attorneys for the Official
                                             Committee of Unsecured Creditors



Patrick M. Jones (ARDC No. 6271256)
Greensfelder, Hemker & Gale, P.C.
200 West Madison Street, Suite 2700
Chicago, Illinois 60606
Telephone:  (312) 419-9090
Facsimile:  (312) 419-1930
pmj@greensfelder.com

# EXHIBIT A

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

10313-140

For legal services rendered March 1 through March 31, 2013

**In Re: R & M Aviation**

| | | | | |
|---|---|---|---|---|
| 3/4/13 | P. Jones | Reviewing objection to Plan filed by Illinois Department of Revenue. | .60 | $ 237.00 |
| 3/5/13 | P. Jones | Reviewing motion for leave to file late proof of claim filed by Illinois Department of Labor. | .40 | 158.00 |
| 3/5/13 | P. Jones | Attending hearing on omnibus claims objection. | 1.00 | 395.00 |
| 3/5/13 | P. Jones | Reviewing motion to extend exclusivity period. | .80 | 316.00 |
| 3/5/13 | P. Jones | Telephone call with Committee chairman regarding potential claims objection proposed by Debtors. | .40 | 158.00 |
| 3/5/13 | P. Jones | Telephone call with creditor, Blatti Aviation, regarding post-confirmation. | .30 | 118.50 |
| 3/6/13 | P. Jones | Drafting Eleventh Fee Statement. | 1.00 | 395.00 |
| 3/6/13 | P. Jones | Communications with Debtors' counsel regarding Angel Jet objection. | .40 | 158.00 |
| 3/7/13 | P. Jones | Attending hearing on Third Interim Fee Applications and Illinois Department of Revenue objection. | 1.20 | 474.00 |
| 3/7/13 | P. Jones | Reviewing summary of ballots (.2); telephone call with Committee member regarding summary of ballots (.2). | .40 | 158.00 |
| 3/7/13 | P. Jones | Reviewing fee statements filed by Debtors' counsel and Rally Capital. | .30 | 118.50 |
| 3/7/13 | P. Jones | Reviewing summary of balloting (.3); drafting summary of balloting for review by Committee (.3). | .60 | 237.00 |
| 3/8/13 | P. Jones | Telephone call with creditor, Chicago Jet Group, regarding Plan and voting procedures. | .40 | 158.00 |
| 3/8/13 | P. Jones | Reviewing order on motion to vacate. | .20 | 79.00 |
| 3/8/13 | P. Jones | Reviewing bid procedures order (.8) and summary of bids for sale of aircraft (.7). | 1.50 | 592.50 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.

## GREENSFELDER
ATTORNEYS AT LAW

April 5, 2013

| 3/8/13 | P. Jones | Reviewing memorandum of law in support of Plan confirmation. | 1.20 | 474.00 |
|---|---|---|---|---|
| 3/8/13 | P. Jones | Reviewing proposed Plan confirmation order. | .60 | 237.00 |
| 3/11/13 | P. Jones | Attending auction of three planes in Gary, IN. | 4.50 | 1,777.50 |
| 3/11/13 | P. Jones | Reviewing sale procedures order. | 1.20 | 474.00 |
| 3/11/13 | P. Jones | Reviewing objection to the Plan of Reorganization filed by Colt International. | .40 | 158.00 |
| 3/11/13 | P. Jones | Reviewing motion for relief from automatic stay filed by Colt International. | .50 | 197.50 |
| 3/12/13 | P. Jones | Reviewing revisions to the proposed confirmation order. | .40 | 158.00 |
| 3/12/13 | P. Jones | Reviewing revisions to the proposed sale order. | .40 | 158.00 |
| 3/12/13 | P. Jones | Attending hearing on sale and Plan confirmation. | 1.60 | 632.00 |
| 3/12/13 | P. Jones | Attending meeting with Debtors and independent board members. | 1.00 | 395.00 |
| 3/12/13 | P. Jones | Telephone call with JSSI and Debtors' counsel regarding potential claim objection. | .60 | 237.00 |
| 3/12/13 | P. Jones | Drafting summary of sale and Plan confirmation for circulation to Committee. | .50 | 197.50 |
| 3/13/13 | P. Jones | Telephone call with creditor, JSSI, regarding settlement of potential claims objection. | .40 | 158.00 |
| 3/14/13 | P. Jones | Reviewing email from Debtors' counsel regarding distribution of sale proceeds. | .20 | 79.00 |
| 3/14/13 | P. Jones | Reviewing objection to Piccione, Keeley & Associates claim. | .30 | 118.50 |
| 3/19/13 | P. Jones | Telephone call with Committee chairman regarding claims objections. | .40 | 158.00 |
| 3/20/13 | P. Jones | Reviewed order on motion to lift stay. | .30 | 118.50 |
| 3/25/13 | P. Jones | Telephone call with Committee chairman regarding mechanics and timing of distributions under the Plan. | .40 | 158.00 |
| 3/26/13 | P. Jones | Reviewed order entered on objection to Werth claim. | .20 | 79.00 |
| 3/28/13 | P. Jones | Attended status hearing on Plan confirmation. | 1.00 | 395.00 |



GREENSFELDER
ATTORNEYS AT LAW

April 5, 2013

| 3/28/13 | P. Jones | Reviewing the Notice of Effective Date. | .30 | 118.50 |
| 3/28/13 | P. Jones | Summarizing relevance of Notice of Effective Date for distribution to Committee. | .40 | 158.00 |

|  |  | TOTAL: | 26.30 | $10,388.50 |



**GREENSFELDER**
ATTORNEYS AT LAW

April 5, 2013

**EXPENSES**

| | |
|---|---:|
| Conference Call on 1/21/13 (P. Jones) | $ 41.55 |
| Conference Call on 1/22/13 (P. Jones) | 40.20 |
| Travel Expense (Mileage) to/from Gary, Indiana on 3/11/13 to attend auction of repossessed aircraft at the Sage Popovich Hangar, Gary Jet Centre (P. Jones) | 50.85 |
| | ----------- |
| **TOTAL:** | **$132.60** |

. . . . . . . . . . . .

| | |
|---|---:|
| **TOTAL LEGAL SERVICES** | **$10,388.50** |
| **TOTAL EXPENSES** | 132.60 |
| | --------------- |
| **TOTAL THIS STATEMENT** | **$10,521.10** |



Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

Re:  Timekeeper Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 26.30 | $395.00 | $10,388.50 |

# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 6.40 | $ 2,528.00 |
| Plan of Reorganization | 5.30 | 2,093.50 |
| Committee Communications | 2.10 | 829.50 |
| Hearings | 4.80 | 1,896.00 |
| Fee Applications | 1.00 | 395.00 |
| Case Administration | 6.70 | 2,646.50 |
| **TOTAL:** | --------- | -------------- |
|  | **26.30** | **$10,388.50** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Pleadings**

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 3/5/13 | P. Jones | Reviewing motion for leave to file late proof of claim filed by Illinois Department of Labor. | .40 | $ 158.00 |
| 3/5/13 | P. Jones | Reviewing motion to extend exclusivity period. | .80 | 316.00 |
| 3/7/13 | P. Jones | Reviewing fee statements filed by Debtors' counsel and Rally Capital. | .30 | 118.50 |
| 3/8/13 | P. Jones | Reviewing order on motion to vacate. | .20 | 79.00 |
| 3/8/13 | P. Jones | Reviewing bid procedures order (.8) and summary of bids for sale of aircraft (.7). | 1.50 | 592.50 |
| 3/11/13 | P. Jones | Reviewing sale procedures order. | 1.20 | 474.00 |
| 3/11/13 | P. Jones | Reviewing motion for relief from automatic stay filed by Colt International. | .50 | 197.50 |
| 3/12/13 | P. Jones | Reviewing revisions to the proposed sale order. | .40 | 158.00 |
| 3/14/13 | P. Jones | Reviewing objection to Piccione, Keeley & Associates claim. | .30 | 118.50 |
| 3/20/13 | P. Jones | Reviewed order on motion to lift stay. | .30 | 118.50 |
| 3/26/13 | P. Jones | Reviewed order entered on objection to Werth claim. | .20 | 79.00 |
| 3/28/13 | P. Jones | Reviewing the Notice of Effective Date. | .30 | 118.50 |
| | | **TOTAL:** | **6.40** | **$2,528.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



Greensfelder, Hemker & Gale, P.C.      St. Louis Office:
200 West Madison St., Ste. 2700        10 South Broadway, Ste. 2000
Chicago, IL 60606                      St. Louis, MO 63102
                                       T: 314-241-9090
T: 312-419-9090
F: 312-419-1930                        Belleville Office:
www.greensfelder.com                   12 Wolf Creek Dr., Ste. 100
                                       Belleville, IL 62226
                                       T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Plan of Reorganization**

| | | | | |
|---|---|---|---|---|
| 3/4/13 | P. Jones | Reviewing objection to Plan filed by Illinois Department of Revenue. | .60 | $ 237.00 |
| 3/5/13 | P. Jones | Telephone call with creditor, Blatti Aviation, regarding post-confirmation. | .30 | 118.50 |
| 3/6/13 | P. Jones | Communications with Debtors' counsel regarding Angel Jet objection. | .40 | 158.00 |
| 3/7/13 | P. Jones | Reviewing summary of ballots (.2); telephone call with Committee member regarding summary of ballots (.2). | .40 | 158.00 |
| 3/7/13 | P. Jones | Reviewing summary of balloting (.3); drafting summary of balloting for review by Committee (.3). | .60 | 237.00 |
| 3/8/13 | P. Jones | Telephone call with creditor, Chicago Jet Group, regarding Plan and voting procedures. | .40 | 158.00 |
| 3/8/13 | P. Jones | Reviewing memorandum of law in support of Plan confirmation. | 1.20 | 474.00 |
| 3/8/13 | P. Jones | Reviewing proposed Plan confirmation order. | .60 | 237.00 |
| 3/11/13 | P. Jones | Reviewing objection to the Plan of Reorganization filed by Colt International. | .40 | 158.00 |
| 3/12/13 | P. Jones | Reviewing revisions to the proposed confirmation order. | .40 | 158.00 |

|  | | | | |
|---|---|---|---|---|
| | | **TOTAL:** | 5.30 | $2,093.50 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



**GREENSFELDER**
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Committee Communications**

| | | | | |
|---|---|---|---|---|
| 3/5/13 | P. Jones | Telephone call with Committee chairman regarding potential claims objection proposed by Debtors. | .40 | $158.00 |
| 3/12/13 | P. Jones | Drafting summary of sale and Plan confirmation for circulation to Committee. | .50 | 197.50 |
| 3/19/13 | P. Jones | Telephone call with Committee chairman regarding claims objections. | .40 | 158.00 |
| 3/25/13 | P. Jones | Telephone call with Committee chairman regarding mechanics and timing of distributions under the Plan. | .40 | 158.00 |
| 3/28/13 | P. Jones | Summarizing relevance of Notice of Effective Date for distribution to Committee. | .40 | 158.00 |

|  |  |  |
|---|---|---|
| | ------- | ------------ |
| TOTAL: | 2.10 | $829.50 |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



GREENSFELDER
ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Hearings**

| | | | | |
|---|---|---|---|---|
| 3/5/13 | P. Jones | Attending hearing on omnibus claims objection. | 1.00 | $ 395.00 |
| 3/7/13 | P. Jones | Attending hearing on Third Interim Fee Applications and Illinois Department of Revenue objection. | 1.20 | 474.00 |
| 3/12/13 | P. Jones | Attending hearing on sale and Plan confirmation. | 1.60 | 632.00 |
| 3/28/13 | P. Jones | Attended status hearing on Plan confirmation. | 1.00 | 395.00 |
| | | **TOTAL:** | **4.80** | **$1,896.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



# GREENSFELDER
### ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Fee Applications**

| 3/6/13 | P. Jones | Drafting Eleventh Fee Statement. | 1.00 | $395.00 |
|--------|----------|----------------------------------|------|---------|
|        |          |                                  | ------- | ------------ |
|        |          | **TOTAL:** | **1.00** | **$395.00** |

Fee charges and expenses which have not been posted to date against your account will appear on a later statement.



**GREENSFELDER**

ATTORNEYS AT LAW

Greensfelder, Hemker & Gale, P.C.
200 West Madison St., Ste. 2700
Chicago, IL 60606

T: 312-419-9090
F: 312-419-1930
www.greensfelder.com

St. Louis Office:
10 South Broadway, Ste. 2000
St. Louis, MO 63102
T: 314-241-9090

Belleville Office:
12 Wolf Creek Dr., Ste. 100
Belleville, IL 62226
T: 618-257-7308

April 5, 2013

For legal services rendered March 1 through March 31, 2013

**Re: Case Administration**

| | | | | |
|---|---|---|---|---|
| 3/11/13 | P. Jones | Attending auction of three planes in Gary, IN. | 4.50 | $1,777.50 |
| 3/12/13 | P. Jones | Attending meeting with Debtors and independent board members. | 1.00 | 395.00 |
| 3/12/13 | P. Jones | Telephone call with JSSI and Debtors' counsel regarding potential claim objection. | .60 | 237.00 |
| 3/13/13 | P. Jones | Telephone call with creditor, JSSI, regarding settlement of potential claims objection. | .40 | 158.00 |
| 3/14/13 | P. Jones | Reviewing email from Debtors' counsel regarding distribution of sale proceeds. | .20 | 79.00 |

|  |  |  |
|---|---|---|
| **TOTAL:** | **6.70** | **$2,646.50** |

# **EXHIBIT B**

## Summary of Fees by Timekeeper During Final Application Period

For legal services rendered through April 30, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 46.7 | $375.00 | $17,512.50 |

For legal services rendered May 1, 2012 through May 31, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| M. Spencer Garland | 6.7 | $430.00 | $2,881.00 |
| Patrick M. Jones | 47.0 | $375.00 | $17,625.00 |
| Beata Krakus | 1.9 | $360.00 | $684.00 |
| Amy L. Pauls | 7.6 | $260.00 | $1,976.00 |
| Eric C. Peterson | .7 | $350.00 | $245.00 |
| Michael A. Samuels | 16.5 | $205.00 | $3,382.50 |

For legal services rendered June 1, 2012 through June 30, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 18.8 | $375.00 | $7,050.00 |
| Valerie G. Lipic | .9 | $300.00 | $270.00 |
| Amy L. Pauls | 1.3 | $260.00 | $338.00 |
| Eric C. Peterson | .3 | $350.00 | $105.00 |
| Michael A. Samuels | 7.3 | $205.00 | $1,496.50 |

For legal services rendered July 1, 2012 through July 31, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 25.0 | $375.00 | $,9375.00 |

For legal services rendered August 1, 2012 through August 30, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 16.1 | $375.00 | $5,625.00 |

For legal services rendered September 1, 2012 through September 30, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 28.1 | $375.00 | $10,537.50 |
| D. Kujawa | 3.5 | $150.00 | $525.00 |
| M O"Shaughnessy | 5.7 | $425.00 | $2,422.50 |
| Eric C. Peterson | 1.5 | $350.00 | $525.00 |

For legal services rendered October 1, 2012 through October 31, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 11.0 | $375.00 | $4,125.00 |
| V. Lipic | 1.2 | $300.00 | $360.00 |
| Eric C. Peterson | 1.5 | $350.00 | $525.00 |

2

For legal services rendered November 1, 2012 through November 30, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 20.4 | $375.00 | $7,650.00 |
| Eric C. Peterson | 5.8 | $350.00 | $2,030.00 |

For legal services rendered December 1, 2012 through December 31, 2012

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 26.6 | $375.00 | $9,975.00 |
| Eric C. Peterson | .5 | $350.00 | $175.00 |
| Michael O'Shaughnessy | 1.3 | $425.00 | $552.50 |

For legal services rendered January 1 through January 31, 2013

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 45.4 | $375.00 | $17,025.00 |
| David A. Lander | 8.2 | $415.00 | $3,403.00 |
| Valerie G. Lipic | 1.0 | $300.00 | $300.00 |

For legal services rendered February 1 through February 28, 2013

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Patrick M. Jones | 16.1 | $395.00 | $6,359.50 |
| Valerie G. Lipic | 1.3 | $320.00 | $416.00 |

3

For legal services rendered March 1 through March 31, 2013

**Re:  Timekeeper Summary**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Patrick M. Jones | 26.3 | $395.00 | $10,388.50 |

# **EXHIBIT C**

## Summary of Fees by Timekeeper
## During Final Application Period

For legal services rendered through April 30, 2012

### CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|----------|-------------|------|
| Pleadings | 16.5 | 6,187.50 |
| Sale efforts | 2.0 | 750.00 |
| Case Administration | 10.2 | 3,825.00 |
| Financing | 2.0 | 750.00 |
| Committee communications | 8.5 | 3,187.50 |
| Hearings | 6.5 | 2,437.50 |
| Fee applications | 1.0 | 375.00 |
| **TOTAL:** | **46.70** | **$17,512.50** |

For legal services rendered May 1, 2012 through May 31, 2012

### CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|----------|-------------|------|
| Pleadings | 5.3 | $ 1,987.50 |
| Sale efforts | 7.3 | 2,709.00 |
| Case Administration | 3.2 | 1,018.00 |
| Claims Analysis | 53.80 | 17,029.00 |
| Committee communications | 3.7 | 1,387.50 |
| Hearings | 4.1 | 1,537.50 |
| Fee applications | 3.0 | 1,125.00 |
| | ---------- | ---------------- |
| **TOTAL:** | **80.4** | **$26,793.50** |

For legal services rendered June 1, 2012 through June 30, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | .7 | $ 262.50 |
| Sale Efforts | .5 | 187.50 |
| Case Administration | .9 | 330.00 |
| Claims Analysis | 14.6 | 4,084.50 |
| Committee Communications | 6.2 | 2,325.00 |
| Hearings | 2.9 | 645.00 |
| Fee Applications | 2.8 | 1,050.00 |
| | ---------- | --------------- |
| **TOTAL:** | **28.6** | **$8,884.50** |

For legal services rendered through July 31, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 6.6 | 2,475.00 |
| Sale efforts | 1.0 | 375.00 |
| Case Administration | 9.4 | 3,525.00 |
| Financing | .9 | 337.50 |
| Committee communications | 2.0 | 750.00 |
| Hearings | 3.9 | 1,462.50 |
| Fee applications | 1.2 | 450.00 |
| **TOTAL:** | **25.00** | **9,375.00** |

For legal services rendered August 1, 2012 through August 30, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Claims administration | 4.6 | 1,725.00 |
| Pleadings | 3.3 | 1,237.50 |
| Sale efforts | 2.7 | 600.00 |
| Case administration | 0.5 | 187.50 |
| Committee communications | 2.7 | 1,012.50 |
| Hearings | 2.0 | 750.00 |
| Fee applications | 0.3 | 112.50 |
| **TOTAL:** | **16.1** | **$5,625.00** |

For legal services rendered September 1, 2012 through September 30, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 7.10 | $2,727.50 |
| Sale Efforts | 4.80 | 1,935.00 |
| Case Administration | 5.50 | 1,237.50 |
| Claims Analysis | 14.60 | 5,475.00 |
| Committee Communications | 1.50 | 562.50 |
| Hearings | 3.70 | 1,472.50 |
| Fee Applications | 1.60 | 600.00 |
| | ---------- | --------------- |
| **TOTAL:** | **38.80** | **$14,010.00** |

3

For legal services rendered October 1, 2012 through October 31, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 2.30 | $ 862.50 |
| Sale Efforts | 1.60 | 600.00 |
| Claims Analysis | 6.90 | 2,550.00 |
| Committee Communications | .80 | 300.00 |
| Hearings | 1.20 | 360.00 |
| Fee Applications | .90 | 337.50 |
| **TOTAL:** | ----------<br>**13.70** | ---------------<br>**$5,010.00** |

For legal services rendered November 1, 2012 through November 30, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 7.20 | $2,700.00 |
| Sale Efforts / Plan of Reorganization | 1.7 | 637.50 |
| Claims Analysis | 7.5 | 2,667.50 |
| Committee Communications | 4.2 | 1,575.00 |
| Hearings | 2.0 | 750.00 |
| Fee Applications | 3.6 | 1,350.00 |
| **TOTAL:** | ----------<br>**26.20** | ---------------<br>**$9,680.00** |

4

For legal services rendered December 1, 2012 through December 31, 2012

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 2.90 | $1,087.50 |
| Sale Efforts / Plan of Reorganization | 20.00 | 7,552.50 |
| Committee Communications | 2.40 | 900.00 |
| Hearings | 2.00 | 750.00 |
| Fee Applications | 1.10 | 412.50 |
| TOTAL: | ----------<br>28.40 | ---------------<br>$10,702.50 |

For legal services rendered January 1 through January 31, 2013

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 5.10 | $1,912.50 |
| Sale Efforts / Plan of Reorganization | 25.50 | 9,890.50 |
| Claims Analysis | 11.30 | 4,237.50 |
| Committee Communications | 5.90 | 2,212.50 |
| Hearings | 4.70 | 1,687.50 |
| Fee Applications | .90 | 337.50 |
| Case Administration | 1.20 | 450.00 |
| TOTAL: | ----------<br>54.60 | ---------------<br>$20,728.00 |

5

For legal services rendered February 1 through February 28, 2013

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 5.80 | $2,291.00 |
| Plan of Reorganization | 1.80 | 711.00 |
| Committee Communications | 1.30 | 513.00 |
| Hearings | 3.50 | 1,285.00 |
| Fee Applications | 4.10 | 1,619.50 |
| Case Administration | .90 | 355.50 |
| | ---------- | --------------- |
| **TOTAL:** | **17.40** | **$6,775.00** |

For legal services rendered March 1 through March 31, 2013

## CATEGORY SUMMARY

| Category | Hours Spent | Fees |
|---|---|---|
| Pleadings | 6.40 | $ 2,528.00 |
| Plan of Reorganization | 5.30 | 2,093.50 |
| Committee Communications | 2.10 | 829.50 |
| Hearings | 4.80 | 1,896.00 |
| Fee Applications | 1.00 | 395.00 |
| Case Administration | 6.70 | 2,646.50 |
| | ---------- | --------------- |
| **TOTAL:** | **26.30** | **$10,388.50** |