## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| R & M AVIATION, INC., <u>et al.</u>,[1] | Case No. 12-10343 (PSH) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas M. Miller, an attorney, certify that on May 20, 2013, the following documents were served electronically using the Court's CM/ECF system:

1. Motion for Final Decrees (**Docket No. 556**) (the *"Final Decree Motion"*); and

2. Motion for an Order Dismissing the Chapter 11 Case of AMTS Aircraft Holdings, LLC (**Docket No. 557**) (the *"AMTS Dismissal Motion"*)

Notice of these filings was sent by operation of the Court's electronic filing system to the following parties:

Barry M Barash
barashb@barashlaw.com
courtmail@barashlaw.com

Mark A Berkoff
mberkoff@ngelaw.com
cdennis@ngelaw.com

Teresa M Dickinson
tdickinson@statmanharris.com

Dennis A Dressler
ddressler@dresslerpeters.com

Marc Ira Fenton
mfenton@statmanharris.com

Leo M Flanagan Jr
leo@attyflanagan.com
mkappler@attyflanagan.com

David J. Frankel
dfrankel@sormanfrankel.com

Patrick M. Jones
pmj@greensfelder.com
je@greensfelder.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Edward S. Margolis
emargolis@tellerlevit.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  R & M Aviation, Inc. (1506); R&J Aviation, Inc. (2260); and AMTS Aircraft Holdings, LLC (6066).  All Debtors maintain an address at 43W526 US Highway 30, Sugar Grove, IL 60554.

Nicholas M Miller
nmiller@ngelaw.com

Kenneth D Peters
kpeters@dresslerpeters.com
rmccandless@dresslerpeters.com

James M Philbrick
jmphilbrick@att.net

Louis J. Phillips
lphillips@pfs-law.com
msiedlecki@pfs-law.com

Kevin G Schneider
kschneider@ngelaw.com

Michael Traison
traison@millercanfield.com
wysocki@millercanfield.com
swansonm@millercanfield.com

Bradley J Waller
bwaller@ksbwl.com
vmaurer@ksbwl.com

David A Wargula
dwargula@dresslerpeters.com
rmccandless@dresslerpeters.com

Thomas C. Wolford
twolford@ngelaw.com

Bruce E de'Medici
bdemedici@gmail.com

Faith Dolgin
faith.dolgin@illinois.gov

Peter Roberts
proberts@shawfishman.com

Patrick Keeley
pkeeley@pkalaw.com


I further certify that on May 20, 2013 I caused the *Final Decree Motion* and the *AMTS Dismissal Motion* to be served via U.S. Mail delivery on the parties listed below and on the attached Exhibit A.

M. Gretchen Silver
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, IL  60604

R & M Aviation, Inc. d/b/a AeroCare
   Medical Transport System, Inc.
Attn:  Joseph D. Cece
43W526 US Highway 30
Sugar Grove, IL  60554

Illinois Department of Revenue
Bankruptcy Section – Level 7-425
100 West Randolph
Chicago, IL  60601

Internal Revenue Service
Mail Stop 5110 CHI
230 South Dearborn
Chicago, IL  60604

Dressler Peters, LLC
Attn:  Kenneth D. Peters, Dennis A. Dressler
and David A. Wargula
Counsel for First National Bank of Omaha
Successor by merger to Castle Bank, N.A.
111 West Washington Street, Suite 1900
Chicago, IL  60602

The Receivables Exchange, LLC
935 Gravier Street, 12th Floor
New Orleans, LA  70112

Richard A. Heidecke
Heidecke Law Offices
1550 Spring Road, 3rd Floor
Oak Brook, IL  60523

Barash & Everett, LLC
Attn:  Barry M. Barash
Counsel to Jet Air, Inc.
256 South Soangetaha Road
Galesburg, IL  61401

Statman Harris & Eyrich, LLC
Attn: Marc Fenton and Teresa Dickinson
Counsel for Fifth Third Bank
200 West Madison Street, Suite 3820
Chicago, IL  60606

Greensfelder, Hemker & Gale, P.C.
Attn:  Patrick M. Jones
Counsel for Creditors Committee
200 West Madison Street, Suite 2700
Chicago, IL  60606

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN  55113-0011

Ascension Capital Group, Inc.
Attn: BMW Financial Services NA, LLC Department
Account: XXXXXXXXXXXX0483
P.O. Box 201347
Arlington, TX  76006

Annie E. Catmull
Josh T. Judd
Hoover Slavacek LLP
5847 San Felipe, Suite 2200
Houston, TX  77057

Louis J. Phillips
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, IL  60606

Dated:  May 21, 2013

*/s/ Nicholas M. Miller*
Nicholas M. Miller (ARDC #6295723)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Reorganized Debtors*

# **EXHIBIT A**

FIRST NATIONAL BANK OF OMAHA,
SUCCESSOR BY M
C/O DENNIS A. DRESSLER
DRESSLER PETERS, LLC
111 W. WASHINGTON ST. , STE. 1900
CHICAGO, IL 60602-2713

NATIONAL BANK & TRUST CO OF
SYCAMORE
230 W. STATE STREET
SYCAMORE, IL 60178-1489

SUBURBAN PROPERTIES, LLC
340 RENNER DRIVE
ELGIN, IL 60123-6999

1ST PREMIER BANK
601 S MINNESTOA AVE
SIOUX FALLS, SD 57104-4868

A & A TIRE
3700 SOUTH 108TH
GREENFIELD , WI 53228-1208

AERO JET SERVICES LLC
15100 N 78TH WAY
SUITE 203
SCOTTSDALE, AZ 85260-2506

AFLAC
ATTN: REMITTANCE PROCESSING SVCS
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797

AIR AMBULANCE FORUM INC.
D/B/A ONE CALL MEDICAL TRANSPORTS
JOHN J. HOSCHEIT
1001 E. MAIN STREET, SUITE G
ST. CHARLES, IL 60174-2204

AIR COMMERCE CENTER TRUST ACCT.
14605 NORTH AIRPORT DRIVE
SUITE 210
SCOTTSDALE, AZ 85260-2441

AIR ONE RENTA DE AVIONES S.A. DE C.V.
PARRAS 234 MONTERREY
N.L. MEXICO 64460

AIRNET EXPRESS, INC.
P.O. BOX 644452
PITTSBURGH, PA 15264-4452

ALEXANDER K BRUCE
323 BERWICK DR
AURORA, IL 60506-4403

ALLIANZ
P.O. BOX 1344
MINNEAPOLIS, MN 55440-1344

AMANDA HEITER
4408 SUNSET RIDGE DR
PLAINFIELD, IL 60586-6213

AMERICAN AVIATION MGT
3190 AIRMANS DRIVE
FORT PIERCE, FL 34946-9131

AMERICAS SERVICING CO.
38226 N. LAKESIDE PLACE
ANTIOCH, IL 60002-9719

ANDREW MAYERHOFER
1905 FAYS LANE
SUGAR GROVE, IL 60554-9773

AOPO
ATTN LISA BOWERS
1364 BEVERLY ROAD - STE 100
MCLEAN VA 22101-3627

ARIZONA AMBULANCE ASSOCIATION
PO BOX 1856
SCOTTSDALE, AZ 85252-1856

ARIZONA DEPT OF TRANSPORTATION
AERONAUTIC DIVISION
P.O. Box 2100
Phoenix, AZ 85001

ARIZONA DEPT. OF HEALTH SERVICES
150 N. 18TH AVENUE
SUITE 540
PHOENIX, AZ 85007-3248

ASSOCIATION OF AIR MEDICAL SERVICES
909 N WASHINGTON STREET
SUITE 410
ALEXANDRIA, VA 22314

ALEXANDRIA VA 22314-1895
AT&T LONG DISTANCE
P.O. BOX 5017
CAROL STREAM, IL 60197-5017

AURORA TRI STATE FIRE PROTECTION CO.
INC.
1080 CORPORATE BLVD
AURORA, IL 60502-9178

AVIATION RESEARCH GROUP
4240 AIRPORT ROAD
SUITE 300
CINCINNATI, OH 45226-1623

ADVOCATE HEALTH CARE
ATTN: SENIOR VICE PRESIDENT
AND GENERAL COUNSEL
2025 WINDSOR DRIVE
OAK BROOK, IL 60523-1586

AIR ONE RENTA DE AVIONES S.A DE C.V.
RAMON GONZALEZ
107 N BRIDGE ST
PMB 1397
HILDALGO TX 78557-2612

ANTOINETTE MCKANNA
1713 WATERFORD ROAD
NORTH AURORA, IL 60542-1742

BANK OF AMERICA
P.O. BOX 30610
LOS ANGELES, CA 90030-0610

BANYAN AIR SERVICES INC
JON TONKO
5360 NW 20TH TERRACE
FT LAUDERDALE, FL 33309-2727

BENTLEY 3 COPLEY PLACE
SUITE 3701
BOSTON, MA 2116

BLUE LION SYSTEMS
2413 W ALGONQUIN RD
SUITE 306
ALGONQUIN, IL 60102-9402

BOSS AVIATION
57 E HATTENDORF AVE
SUITE 405
ROSELLE, IL 60172-1570

BOUND TREE MEDICAL LLC
P.O. BOX 8023
DUBLIN, OH 43016-2023

BRIAN ALEXANDER
100 E KROSS ST
LELAND, IL 60531-8094

BROCK ALLEN MARSHALL
18440 N 12TH PLACE
PHOENIX, AZ 85022-1232

BAIRD, WILLIAMS & GREER, LLP
JAMES B. REED, ESQ.
6225 NORTH 24TH STREET, SUITE 125
PHOENIX, ARIZONA 85016-2044

CAMPBELL, LAURA
8641 W. MARYANN DR.
PEORIA, AZ 85382-1407

CAPITAL ONE
701 E FRANKLIN ST
#712
RICHMOND, VA 23219-2503

CAREN GEGENHEIMER
8403 OAK KNOLL DR
BURR RIDGE, IL 60527-7590

CAROLINAS HEALTHCARE SYSTEM
DBA MEDCENTER AIR
WILLIAM ELLISON JR
PO BOX 2270
DAVIDSON, NC 28036-5270

CASTLE BANK NA
141 W LINCOLN HWY
DEKALB, IL 60115-3699

CENTURYLINK
PO BOX 29040
PHOENIX, AZ 85038-9040

CHASE PLATINUM
2500 WESTFIELD DR.
ELGIN, IL 60124-7836

CHIP BORNSTEIN, CONSULTANT
3120 W CAREFREE HWY
SUITE 1-691
PHOENIX, AZ 85086-3282

CHRISTINE VAGA
917 7TH AVE
LA GRANGE, IL 60525-2970

CHRISTOPHER MCLARTY
200 N DEARBORN UNIT 4008
CHICAGO, IL 60601-1627

CISCO SYSTEMS CAPITAL CRP
111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087-1453

CITY OF KANSAS CITY, MISSOURI
P.O. BOX 843768
KANSAS CITY, MO 64184-3768

CLOSET WIZZARD, INC
1395 NW 17TH AVE #105
DELRAY BEACH, FL 33445-2552

COLT INTL
300 FLINT RIDGE ROAD
WEBSTER, TX 77598-4315

COMED COMPANY
3 LINCOLN CENTER
ATTN: CLAIMS DEPARTMENT
OAK BROOK, IL 60181-4204

CORBEL ELETRICAL SERVICES
1056 ZYGMUNT CIRCLE
WESTMONT, IL 60559-2692

COSCO
221 S. RANDAL RD
ST. CHARLES, IL 60174-1524

COX COMMUNICATIONS
P.O. BOX 53249
PHOENIX, AZ 85072-3249

CUSTER, STEVEN
CYBERTECH DESIGNS, LLC
DBA FLYERSDIRECT.COM
305 S. Rockford Drive
Tempe, AZ 85281

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CHILDREN'S MEMORIAL HOSPITAL
OFFICE OF THE GENERAL COUNSEL
240 E. ONTARIO, ROOM 500
CHICAGO, IL 60611

CUTTER FLIGHT MANAGEMENT INC.
CUTTER AVIATION
2802 E. OLD TOWER ROAD
PHOENIX, AZ 85034-6007

DASPIN & AUMENT, LLP
227 W MONROE STREET
SUITE 3500
CHICAGO, IL 60606-5018

DEBRA LEMENAGER
15137 W YUCATAN DR
SURPRISE, AZ 85379-6302

DERRICK HAYDEN SR.
1000 TREESDALE WAY
JOLIET, IL 60431-8577

DIANNA INGRAM
716 BENEDETTI DR APT 114
NAPERVILLE, IL 60563-8986

DISCOUNT TIRE
2445 AUGUSTA WAY
AURORA, IL 60506-6444

DJANGI MOHAMMAD
2761 MOUTRAY LANE
NORTH AURORA, IL 60542-2118

DONNA STRAUGHTER
35 CANNONBALL TRAIL
P.O. BOX 314
BRISTOL, IL 60512-0314

DOUGLAS LASATER
16211 N SCOTTSDALE RD
SCOTTSDALE, AZ 85254-1584

DUNCAN AVIATION, INC.
P.O. BOX 3066
OMAHA, NE 68103-0066

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

EARLL STREET RESIDENCE
P.O. BOX 62885
PHOENIX, AZ 85082-2885

EMS CHARTS, INC
ATTN: LINDSEY KELLEY
600 MIFFLIN ROAD, SUITE 102
PITTSBURGH, PA 15207-2026

ER MEDICAL ASSOC OF PALOS HTS LTD
PO BOX 808
GRAND RAPIDS, MI 49518-0808

EVEREST FUEL MANAGEMENT
1001 TEXAS AVE
SUITE 1400
HOUSTON, TX 77002-3194

EXPLOSION SPORTSWEAR
4814 S 35TH ST
PHOENIX, AZ 85040-2824

FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515

FIFTH THIRD BANK
MARC I. FENTON, ESQ.
STATMAN, HARRIS & EYRICH, LLC
200 W. MADISON, SUITE 3820
CHICAGO, IL 60606-3465

FILEMAKER INC.
5201 PATRICK HENRY DR
SANTA CLARA, CA 95054-1164

FIRST FIDELITY BANK
16277 N GREENWAY HAYDEN LOOP
SCOTTSDALE, AZ 85260-1058

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST.
OMAHA, NE 68197-0002

FLORIDA JET CENTER
FLORIDA JET PARTS, LLC
2664 NW 56TH STREET HANGAR 54
FT. LAUDERDALE, FL 33313

FIFTH THIRD BANK
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243-4652

FIRST NATIONAL BANK OF OMAHA
SUCCESSOR BY MERGER TO CASTLE BANK, N.A.
C/O KENNETH D. PETERS, DRESSLER PETERS
111 W. WASHINGTON ST., STE. 1900
CHICAGO, IL 60602-2713

GENERAL STAR INDEMNITY
P.O. BOX 10354
STAMFORD, CT 06904-2354

GLOBAL COMPLIANCE SERVICES
P.O. BOX 60941
CHARLOTTE, NC 28260-0941

GMAC / ALLY
P.O. BOX 9001948
LOUISVILLE, KY 40290-1948

GRAINGER
2701 Ogden Ave.
Downers Grove, IL 60515

GIBSON & BARNES
1900 WELD BLVD., #140
EL CAJON, CA 92020-0503

HARRIS AVIATION, LLC
5031 E. BLUEFIELD AVE
SCOTTSDALE, AZ 85254-7549

HAWKER BEECHCRAFT CORP.
P.O. BOX 83220
CHICAGO, IL 60691-0220

HEIDECKE LAW OFFICES
1550 SPRING ROAD-3RD
OAK BROOK, IL 60523-1320

HERB WEYER
11012 S LAWNDALE
CHICAGO, IL 60655-3315

HUMANA INC.
101 EAST MAIN STREET, 8TH FLOOR
LOUISVILLE, KY 40202-1349

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 64338
CHICAGO, IL 60664-0338

IMAGE AIR
2933 EAST EMPIRE STREET
BLOOMINGTON, IL 61704-5452

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BIOMEDICAL
P.O. BOX 143449
AUSTIN, TX 78714-3449

J & J CAR WASH
349 W. 31ST ST.
CHICAGO, IL 60616-3631

JACOB LAKE
20394 E. SILVER CREEK LANE
QIEEM CREEL, AZ 85142-6288

JAY HILGENBERG
301 GREGORY ST UNIT 5
AURORA, IL 60504-2068

JENNIFER FORTSON
1355 187TH ST
HOMEWOOD, IL 60430-3831

JET SUPPORT SERVICES INC NW 5328,
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5328

WESTFIELD BARNES REGIONAL AIRPORT
110 AIRPORT RD - SUITE 207
WESTFIELD, MA 01085-5300

JOHN C. LINCOLN HOSPITAL
NORTH MOUNTAIN LMP III STE 16
250 E DUNLAP AVENUE
PHOENIX, AZ 85020-2825

JOHN PETTY
19 BIRCH CT W.
YORKVILLE, IL 60560-9520

JOHN RUBY
20483 NORTH 17TH WAY
PHOENIX, AZ 85024-4322

JOSEPH CECE
43W526 US Hwy 30
Sugar Grove, IL 60554

JOSEPH KROL
15950 S MAUI LN
SUPRISE, AZ 85379

JULIE CALLISON
6338 THICKET LANE
CHERRY VALLEY, IL 61016-9674

JOLIET AVIONICS INC
J A AIR CENTERS INC
43 W 730 US RT 30
SUGAR GROVE, IL 60554

KCIA
7277 PERIMETER ROAD SOUTH
P.O. BOX 80245
SEATTLE, WA 98108-0245

KRIS WERTH
1132 HINSWOOD DR. #206
DARIEN, IL 60561-6441

LAB SAFETY SUPPLY
401 S. WRIGHT ROAD
P.O. BOX 1368
JANESVILLE, WI 53547-1368

LATITUDE AIR AMBULANCE
P.O. BOX 370
MOUNT HOPE, ONTARIO L0R 1W0

LIFE SAFETY TRAINING LLC
2265 W MANDALAY LANE
PHOENIX, AZ 85023-5026

LIRON BELTZER
1201 N.E. 100 ST
MIAMI SHORES, FL 33138-2603

LYNETTE MORGAN
508 BROOKHAVEN CIRCLE
SUGAR GROVE, IL 60554-9433

MAQUET MEDICAL SYSTEMS USA
3615 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

MARIO GRAJEDA
160 NE 54TH ST
MIAMI, FL 33137-2416

MATTHEW KIGER
1348 PARK BLVD
MORRIS, IL 60450-1249

MED FLIGHT AIR AMBULANCE
P.O. BOX 9900
ALBUQUERQUE, NM 87119-1000

MEDICAL ARTS PRESS
P.O. BOX 37647
PHILADELPHIA, PA 19101-0647

METRO CAR WASH
3050 N. ORACLE
TUCSON, AZ 85705-3818

MIKE CURRAN
1140 W OLIVE AVE
REDLANDS, CA 92373-5023

MULTI SERVICE
P.O.BOX 410435
KANSAS CITY, MO 64141-0435

NAACS
P.O. BOX 19240
Topeka, KS 66619

NATA COMPLIANCE SERVICES. LLC.
LOCKBOX #935143
P.O. BOX 935153
ATLANTA, GA 31193-5143

NDS #400
C/O AIRPORT PROPERTY SPECIALISTS, LLC
14605 N AIRPORT DRIVE
SUITE 210
SCOTTSDALE, AZ 85260-2441

NDT INSPECT-AIR, INC.
4557 96TH STREET
FRANKSVILLE, WI 53126-9615

NICA
PO BOX 14567
TALLAHASSEE, FL 32317-4567

NATIONAL CARE NETWORK, LLC
222 W. LAS COLINAS BLVD.
IRVING, TX 75039-5435

O'CONNER PETROLEUM COMPANY INC
DBA JETA CONVENIENCE CENTER
6101 S 108 ST
HALES CORNERS, WI 53130-2524

OREILLY CHEVROLET
1261 N. LAKE ST.
AURORA, IL 60506-2489

PATRICIA MILSTED
5432 LYMAN AVE.
DOWNERS GROVE, IL 60515-4944

PAYTRACE
070 NE MILL PLAIN BLVD. SUITE 149
VANCOUVER, WASHINGTON 98664

PERSPECTIVES
20 NORTH CLARK SUITE 2650
CHICAGO, IL 60602-5104

PICCIONE, KEELEY & ASSOCIATES LTD
122C SO COUNTY FARM RD
WHEATON, IL 60187-4594

PORSCHE PAYMENT CENTER
75 REMITTANCE DRIVE
SUITE 1738
CHICAGO, IL 60675-1738

PRAXAIR DISTRIBUTION INC
P.O. BOX 120812 DEPT. 0812
DALLAS, TX 75312-0812

PERSPECTIVES, LTD.
20 NORTH CLARK STREET, SUITE 2650
CHICAGO, IL 60602-5104

PRAXAIR DISTRIBUTION, INC
C/O RMS BANKRUPTCY RECOVERY
SERVICES
P.O. BOX 5126
TIMONIUM, MARYLAND 21094-5126

QUEST DIAGNOSTICS
P.O. BOX 740709
ATLANTA, GA 30374-0709

R&M AVIATION, INC.
43W776 US HIGHWAY 30
SUGAR GROVE, IL 60554-9844

RELIABLE PRINTING SOLUTIONS, INC.
2230 MICHIGAN AVENUE
SANTA MONICA, CA 90404-3906

RHINO PRODUCTS INC
57100 48TH AVENUE
LAWRENCE, MI 49064-9013

RICHARD MORRIS JR
23020 N. PADARO DR
SUN CITY WEST, AZ 85375-1625

ROBERT J CAMPOS
51 E LEXINGTON AVE
PHOENIX, IL 85012-2320

ROCKS-LOPEZ, CHRISTINE
27703 N. 171ST DR.
SURPRISE, AZ 85387-3450

RONALD SHAWGO
1112 BURLINGTON
LINCOLN, IL 62656-2112

RURAL METRO
DBA AMT P.O.BOX 731047
DALLAS, TX 75373-1047

RECEIVABLES MANAGEMENT INC.
3348 RIDGE RD
LANSING, IL 60438-3112

SACRAMENTO VALLEY AMBULANCE
6220 BELLEAU WOOD LANE STE 4
SACRAMENTO, CA 95822-5922

SANDOVAL, RAUL
115 NE 10TH ST.
DEL RAY BEACH, FL 33444-4045

SCHAEFER AMBULANCE SERVICE
P.O. BOX 74609
LOS ANGELES, CA 90004-0609

SDR COMMUNICATIONS, INC.
872 S. MILWAUKEE AVE #269
LIBERTYVILLE, IL 60048-3227

SEVILLAS AUTO SERVICE
4635 N. MILWAUKEE AVE.
CHICAGO, IL 60630-3631

SMITHS MEDICAL ASD, INC.
PO BOX 7247-7784
PHILADELPHIA, PA 19170-7784

SOUTHWEST AIRCRAFT CHARTER
1651 S. COUNTRY CLUB DR.
MESA, AZ 85210-6001

SPECIALTY TURBINE SERVICE, INC.
217 EXECUTIVE DRIVE SUITE 203
CRANBERRY TWP, PA 16066-6411

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK, KS 66207-0949

ST. CHARLES BANK & TRUST
2401 KANEVILLE ROAD
GENEVA, IL 60134-2577

STEVE ANDOLINO
6306 W HYACINTH ST
CHICAGO, IL 60646-3635

SUGAR GROVE POLICE DEPARTMENT
P.O. BOX 2
SUGAR GROVE, IL 60554-0002

SW GENERAL INC
P.O. BOX 53569
PHOENIX, AZ 85072-3569

TALL OAKS/M FITZPATRICK
26 ROLLING OAKS ROAD UNIT D
SUGAR GROVE, IL 60554-9337

TERMINIX PROCESSING CENTER
P.O. BOX 742592
CINCINNATI, OH 45274-2592

THE NATIONAL BANK & TRUST CO
230 WEST STATE STREET
SYCAMORE, IL 60178-1489

THE SHRED AUTHORITY
2415 ARCHER AVE
CHICAGO, IL 60616

TIM BARIL
1265 S AARON #313
MESA, AZ 85209-3796

TODD HOPE
P.O. BOX 2409
CHIEFLAND, FL 32644-2409

TOOL TESTING LAB, INC.
11180 N. DIXIE DR.
VANDALIA, OH 45377-9318

TRACEY TIEMAN
624 BIRCHWOOD DR
NORTH AURORA, IL 60542-1028

TRANSPLANT TRANSPORTATION SERVICES
GINA R KLUMP
ATTORNEY AT LAW
17 KELLER ST
PETALUMA CA 94952-2938

TREASURER, CITY OF CLEVELAND
LOCKBOX #70275
KEYBANK SERVICES 5575
VENTURE DR UNIT A
PARMA, OH 44130

TRI TOWNSHIP AMBULANCE SERVICES
PO BOX 630
WYANDOTTE, MI 48192-0630

UNIVERSAL AVIONICS
C/O WELLS FARGO BANK
DEPARTMENT 9273
LOS ANGELES, CA 90084-9273

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 4396
TIMONIUM, MD 21094-4396

VALANZUELA, LINDSAY
4552 NORTH 14TH AVE.
PHOENIX, AZ 85013-2634

VECTOR-MASSPORT
P.O. BOX 786231
PHILADELPHIA, PA 19178-6231

VERIZON WIRELESS
POST OFFICE BOX 25505
LEHIGH VALLEY, PA 18002-5505

VILLAGE OF SUGAR GROVE
10 S. MUNICIPAL DRIVE
SUGAR GROVE, IL 60554-6923

WASTE MANAGEMENT
ATTN BILLING DEPT
1411 OPUS PLACE SUITE 400
DOWNERS GROVE, IL 60515-1481

WESTERN PETROLEUM
9531 WEST 78TH ST.
EDEN PRARIE, MN 55344-3897

WINDY CITY CHARTER INC
1098 S MILWAUKEE AVE #301
WHEELING, IL 60090-6379

WPS TRICARE
P.O. BOX 8954
MADISON, WI 53708-8954

WISCONSIN ELECTRIC POWER CO
WE ENERGIES
333 W EVERETT ST RM A130
MILWAUKEE, WI 53290-1000

WIZARD EDUCATION LLC
20405 W GRANT MINE
WITTMANN, AZ 85361-9739

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE, REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO, IL 60604-2027

ALLY FINANCIAL
F/K/A GMAC
P.O. BOX 130424
ROSEVILLE, MN 55113-0004

JET AIR, INC.
58 ILLINOIS ROUTE 164
GALESBURG, IL 61401-8506

OFFICIAL COMMITTEE OF UNSECURED
  CREDITORS
GREENSFELDER, HEMKER & GALE P.C.
200 WEST MADISON STREET, SUITE 2700
CHICAGO, IL 60606-3554

WINDY CITY CHARTER, INC.
 C/O LOUIS J. PHILLIPS
150 S. WACKER DRIVE SUITE 1500
CHICAGO, IL 60606-4201

650584 ALBERTA INC.
DBA: LATITUDE AIR AMBULANCE
P.O. BOX 370
9300 AIRPORT ROAD
MOUNT HOPE, ON L0R1W0

ABOUT TOWN LOCK & SAFE CO., INC.
2404 N DIXIE HWY
FT LAUDERDALE, FL 33305-2240

AERONATIONAL INC
P. O. BOX 538
WASHINGTON, PA 15301-0538

AIA CORPORATION
8148 SOLUTIONS CENTER
CHICAGO, IL 60677-8001

AIR AMBULANCE SPECIALISTS INC
345 INVERNESS DRIVE SOUTH
SUITE A110
ENGLEWOOD, CO 80112-5889

AIR COMMERCE CENTER TRUST ACCT.
C/O CASE, HUFF & ASSOC.
340 E. PALM LANE
SUITE 230
PHOENIX, AZ 85004-4530

AIRCELL BUSINESS AVIATION SERVICES LLC
DEPARTMENT 1371
DENVER, CO 80256-0001

AIRSURE LTD,. LLC
5700 GRANITE PARKWAY
SUITE 550
PLANO, TX 75029-6697

ALEXANDER QUINTANA
6859 E VERNON AVE
SCOTTSDALE, AZ 85257-2079

ALMA ANDERSON
202 ROSENHEART
SAN ANTONIO, TX 78259-2377

AMBITRANS MEDICAL TRANSPORT
9351 PINNACLE STREET
PORT CHARLOTTE, FL 33980-2902

AMERICAN EXPRESS
200 VESEY ST.
NEW YORK, NY 10285-0002

AMTS A/C HOLDINGS, LLC.
93W526 US HIGHWAY 30
SUGAR GROVE, IL 60559-9511

ANGEL JET SERVICES LLC
8019 E MCCLAIN DRIVE
SUITE 220
SCOTSDALE, AZ 85260-1331

APPS COMMUNICATIONS INC
10970 W 169TH PLACE
ORLAND PARK, IL 60967-5937

ARIZONA BUSINESS BANK
1757 E BASELINE RD
BLDG 1, STE
GILBERT, AZ 85233-1533

ARIZONA DEPT OF TRANSPORTATION
AERONAUTICS DIVISION
255 E. OSBORN RD.
SUITE 101
PHOENIX ,AZ 85012-2343

ASPEN AUTO BODY
7904 Joliet Rd.
Willowbrook, IL 60527

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AV FUEL CORPORATION
P.O. BOX 67000
DETROIT, MI 48267-0135

WEBB CHEVY
9440 S. CICERO AVE.
OAK LAWN, IL 60453-2560

ADVOCATE HEALTH AND HOSPITALS CORP
D/B/A ADVOCATE CHRIST MEDICAL CTR
ATTN: V.P., SUPPLY CHAIN MGT
1400 KENSINGTON ROAD
OAK BROOK, IL 60523-2106

ALLY FINANCIAL
C/O ALLY SERVICING LLC
P.O. BOX 130424
ROSEVILLE, MN 55113-0004

B-LINE EXPRESS COURIER
7063 SANTA CRUZ DRIVE
BARTLETT, TN 38133-8903

BANK OF AMERICA
P.O. BOX 45224
JACKSONVILLE, FL 32232-5224

BARCLAYS BANK
71 SOUTH WACKER
CHICAGO, IL 60606-4637

BLACKMAN KALLICK LLP
2796 EAGLE WAY
CHICAGO, IL 60678-1279

BMW FINANCIAL SERVICES CUSTOMER
SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BOUND TREE MEDICAL LLC
23537 NETWORK PLACE
CHICAGO, IL 60673-1235

BOWERS COMPANIES, INC
DEPT 3109
LOS ANGELES, CA 90084-3109

BRIAN MIKALAUSKAS
30W341 COUNTRY LAKES DR.
NAPERVILLE, IL 60563-9047

BULLOCK AGENCY, INC CAE SIMUFLIGHT
P.O. BOX 846135
DALLAS, TX 75284-6135

BANNER GOOD SAMARITAN REGIONAL
MEDICAL CENTER
1111 EAST MCDOWELL ROAD
PHOENIX, AZ 85006-2612

CANYON STATE INSPECTION PHOENIX
DIVISION
103 SOUTH SOUTHGATE DRIVE
CHANDLER, ARIZONA 85226-3222

CAPITAL ONE BANK (USA) NA
P.O. BOX 6492
CAROL STREAM, IL 60197-6492

CARISSA TROLLOP 6
050 WINDFLOWER WAY
ROSCO, IL 61073-8525

CARVER AERO INC
5701 GRANDVIEW AVE
MUSCATINE, IA 52761-1050

CBIZ
310 1ST ST
SUITE 600
ROANOKE, VA 24011-1921

CHASE AUTOMOTIVE FINANCE
P .O. BOX 9001800
LOUISVILLE, KY 40290-1800

CHICAGO JET GROUP LLC
43W450 ROUTE 30
SUGAR GROVE, IL 60554-9802

CHRIS CONKINS
455 APPLETON DR
BATAVIA, IL 60510-2868

CHRISTOPHER LAVELLE
2782 E IL RT. 64
OREGON, IL 61061-9640

CHRISTOPHER MCLARTY
6651 N CAMPBELL AVE, #284
TUSCON, AZ 85718-1365

CITY OF AURORA, IL
44 E. DOWNER PLACE
AURORA, IL 60505-3302

CITY OF SCOTTSDALE
ACCOUNTING AND BUDGET DIVISION
7447 E. INDIAN SCHOOL RD., SUITE 210
SCOTTSDALE, AZ 85251-3915

COBB AVIATION SERVICES INC
16190 EAST 1300 ST
MACOMB, IL 61455-9280

COMCAST PHONE LLC
16333 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0163

COMTRSYS, INC.
COMPUTER TRAINING SYS
200 WEST DOUGLAS SUITE 230
WICHITA, KS 67202-3002

CORPORATE AIR LLC
15 ALLEGHENY COUNTY AIRPORT
WEST MIFFLIN, PA 15122-2669

COUNTY OF VENTURA
DEPARTMENT OF AIRPORTS
555 AIRPORT WAY
CAMARILLO, CA 93010-8529

CREDIT CARD 1947 (FIRST BANKCARD)
1620 DODGE ST
OMAHA, NE 68197-0003

CUTTER AVIATION
2802 E. OLD TOWER ROAD
PHOENIX, AZ 85034-6007

CHILDREN'S HEALTH SYSTEM, INC.
9000 W. WISCONSIN AVENUE
P.O. BOX 1997
MILWAUKEE, WI 53201-1997

COBB AVIATION SERVICES, INC.
MARCH, MCMILLAN, DEJOODE &
   DUVALL PC
402 EAST JACKSON STREET
MACOMB, IL 61455-2309

D&D ACRES
11247 S ANVIL CT
NAPERVILLE, IL 60564-8036

DAVID SCHULT
15042 N 55 STREET
SCOTTSDALE, AZ 85254-8200

DELL BUSINESS CREDIT PAYMENT
PROCESSING CENT
P.O. BOX 5275
CAROL STREAM, IL 60197-5275

DIAMAS FRESH AIR HANGARS
P.O. BOX 214
NAPERVILLE, IL 60566-0214

DICLEMENTI, DAVID
8 W LIBERTY P.O. BOX 453
NEWARK, IL 60541-0453

DISCOVER FINANCIAL SERVICES
P.O. BOX 30420
SALT LAKE CITY, UT 84130-0420

DK TURBINES LLC
210 SKYLAND DRIVE
HOLLISTER, CA 95023-2524

DONOVAN, TATMAN
3724 W. GAILEY DR
TUCSON, AZ 85741-2017

DR WENDY MARSHALL
8403 OAK KNOLL DR.
BURR RIDGE, IL 60527-7590

DUPAGE OAKBROOK MESSAGE CENTER
120 E OGDEN AVE.
SUITE 206 HINSDALE, IL 60521-3546

DONOR NETWORK OF ARIZONA
201 WEST COOLIDGE
PHOENIX, AZ 85013-2710

ELLEN NORTHAM
531 N. KENILWORTH AVE.
ELMHURST, IL 60126-2008

ENTECH
7300 WEST DETROIT STREET
CHANDLER, AZ 85226-2410

ERIC HEETLAND
2723 N SARATOGA
ST TEMPE, AZ 85281-7937

EVEREST FUEL MANAGEMENT EXECUTIVE
AIRCRAFT MAINTENANCE
100 Grossman Drive, Suite 400
Braintree, MA 02184

FAA AIRCRAFT REGISTRATION BRANCH
P.O. BOX 25504
OKLAHOMA CITY, OK 73125-0504

FIFTH THIRD
1851 WEST GALENA BLVD
AURORA, IL 60506-4303

FIFTH THIRD BANK
P.O. BOX 740789
CINCINNATI, OH 45274-0789

FIRST BANKCARD
P.O. BOX 2818
OMAHA, NE 68103-2818

FIRST NAT'L MERCHANT SERVICES
P.O. BOX 3190
OMAHA, NE 68103-0190

FLIGHTSAFETY INTERNATIONAL
P.O. BOX 75691
CHARLOTTE, NC 28275-0691

FLORIDA JET PARTS, LLC
2665 NW 56TH ST HANGAR 54
FT. LAUDERDALE, FL 33309-2673

FIFTH THIRD BANK
9441 LBJ FREEWAY, SUITE 350
DALLAS, TEXAS 75243-4652

FORTIFIED PROVIDER NETWORK, INC.
ATTN: LEGAL DEPARTMENT
8096 N. 85TH WAY, SUITE 105
SCOTTSDALE, AZ 85258-4322

GERRY ENGLE
61191 FREDRICK DR
MADISON LAKE, MN 56063-4250

GMAC
P.O. BOX 380902
BLOOMINGTON, MN 55438-0902

GOLD CROSS AMBULANCE
1717 S. REDWOOD ROAD
SALT LAKE CITY, UT 84104-5110

GRAINGER
DEPT. 867779084
PALATINE, IL 60038-0001

HALL AMBULANCE SERVICE INC
1001 21ST ST.
BAKERSFIELD, CA 93301-4792

HARRIS, SCOTT
305 W. VILLA TERESA DR.
GLENDALE, AZ 85308

HEALTHCARE SERVICE CORPORATION
P.O. BOX 1186
CHICAGO IL 60690-1186

HEIDECKE LAW OFFICES
ATTORNEYS AT LAW
1550 SPRING ROAD
3RD FLOOR
OAKBROOK, IL 60523-1320

HOHOLIK, MEGAN
25428 GOLLIGAN STREET
MANHATTAN, IL 60442-1419

IL COLLECTION SERVICE
PO BOX 1010
TINLEY PARK, IL 60477-9110

ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

IMHOLZ, MIVHAEL
10620 W. Melinda Lane
Peoria, AZ 85382

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTUIT
P.O. BOX 513340
LOS ANGELES, CA 90051-3340

J A AIR INC
43W730 US HIGHWAY 30
SUGAR GROVE, IL 60554-9837

JAKE THE STRIPER
1071 WESTON CIRCLE
BATAVIA, IL 60510-8695

JD FACTORS, LLC.
P.O. BOX 687
WHEATON, IL 60187-0687

JEPPESEN SANDERSON
P.O. BOX 840864
DALLAS, TX 75284-0864

JET SUPPORT SERVICES, INC
180 N. STETSON, SUITE 29
CHICAGO, IL 60601-6704

JOE CHAMBERS
12738 WILD RYE CT.
PLAINFIELD, IL 60585-2978

JOHN JOHNSTON
21 COACHLIGHT DR
DANVILLE, IL 61832-8240

JOHN R ROHLFLING
1407 NE 56TH ST #101
FT LAUDERDALE, FL 33334-6124

JON ORLOS
1003 HAYDEN DRIVE
MCHENRY, IL 60051-7922

JOSEPH CHAMBERS
12738 WILD RYE CT.
PLAINFIELD, IL 60585-2978

JOSEPH MONTALTO
1132 HINSWOOD DRIVE
DARIEN, IL 60561-6440

JUSTIN HOLTON
303 DEVOE DR.
OSWEGO, IL 60543-4065

JOSEPH D. CECE
C/O RICHARD A. HEIDECKE HEIDECKE
  LAW OFFICES
1550 SPRING ROAD, 3RD FLOOR
OAK BROOK, IL 60523-1320

KEN NELSON
506 HIGH HILL RD
PHILO, IL 61864-9765

KRISTOPHER WERTH
1132 HINSWOOD DR. #206
DARIEN, IL 60561-6441

LANDMARK AVIATION
14600 N. AIRPORT DRIVE
SCOTTSDALE, AZ 85260-2420

LEARJET, INC.
LOCKBOX 2007
COLLECTION CENTER DR.
CHICAGO, IL 60693-2007

LIFEGUARD SAFETY TRAINING, LLC
90 NE 26TH STREET
WILTON MANORS, FL 33305-1028

LOUIS BONGIORNO
3131 S. WALLACE
CHICAGO, IL 60616-3028

LOYOLA UNIVERSITY MED CTR
TRANSPLANT
2160 S. 1ST AVENUE
MAYWOOD, IL 60153-3328

MARGARET ANDERSON
15111 N HAYDEN RD #160121
SCOTTSDALE, AZ 85260-2581

MARK SELIGA
11134 BRYANT
MOKENA, IL 60448-1115

MATTHEW POLESKI
P.O. BOX 649
BELVIDERE, IL 61008-0649

MED-LIFE AMBULANCE
P.O. BOX 9525
GLENDALE, CA 91222-0525

MEDICAL EXPRESS AMBULANCE SERVICE
5650 W. HOWARD
SKOKIE, IL 60077-2623

MIDAMERICA JET WORKS, LLC.
93W520 US HIGHWAY 30
SUGAR GROVE, IL 60559-9511

MIKE MCCLUSKEY
0 S 639 CLEVELAND ST.
WINFIELD, IL 60190

MARICOPA CTY SPECIAL HEALTH CARE DIST
D/B/A MARICOPA INTEGRATED HEALTH SYS
ATTN: CONTRACTS ADMINISTRATION
2611 EAST PIERCE STREET, 2ND FLOOR
PHOENIX, AZ 85008-6092

NAACS
P.O. BOX 19290
TOPEKA, KS 66619-0290

NATIONAL AIR AMBULANCE
902 S.W. 39TH STREET
P.O. BOX 22960
FT. LAUDERDALE, FLORIDA 33335-2960

NDS #900
C/O AIRPORT PROPERTY SPECIALISTS, LLC
19605 N AIRPROT DRIVE
SUITE 210
SCOTTSDALE, AZ 85260-2991

NET WORKS CONSULTING
1770 RANDALL RD
STE 176A GENEVA, IL 60139-9696

NICOR GAS
P.O. BOX 0632
AURORA, IL 60507-0632

NORTHLAND GROUP INC
PO BOX 390846
MN 55439-0846

ONE CALL MEDICAL TRANSPORTS
3815 E. MAIN STREET SUITE C
ST. CHARLES, IL 60174-2488

PATIENT TRANS SERVICES, INC.
PO BOX 633732
CINCINNATI, OH 45263-3732

PATRICK LUDWIG
279 WILDSPRING CT
ITASCA, IL 60143-2847

PCI FEE
PENNSYLVANIA MEDICAL TRANSPORT
332 WAMPUM AVENUE
ELLWOOD CITY, PA 16117-1269

PETER ANGEL
1219 W WALTANN LN
PHOENIX, AZ 85023-4495

PINNACLE AVIATION
14988 N. 78TH WAY, SUITE 106
SCOTTSDALE, AZ 85260-3476

PORSCHE PAYMENT CENTER
P.O. BOX 740724
CINCINNATI, OH 45274-0724

PREMIUM FINANCING SPECIALISTS, INC
BOX 9045
NEW YORK, NY 10087-9045

PICCIONE, KEELEY & ASSOCIATES, LTD.
122 S. COUNTY FARM ROAD
WHEATON, ILLINOIS 60187-4594

PROFESSIONAL ACCOUNT MANAGEMENT
PO BOX 391
MILWAUKEE, WI 53201-0391

QWEST CORPORATION
DBA CENTURYLINK CENTURYLINK
  BANKRUPTCY
700 W MINERAL AVE, ARIZONA ROOM
LITTLETON CO 80120-4511

RAY O'HERRON CO. INC.
523 EAST ROOSEVELT ROAD
LOMBARD, IL 60148-4631

RELIANCE STANDARD
P.O. BOX 3124
SOUTHEASTERN, PA 19398-3124

RICHARD KAMPANATKOSOL
1735 N. PAULINA ST APT 219
CHICAGO, IL 60622-1140

RICHARD WATKINS
455 APPLETON DR
BATAVIA, IL 60510-2868

ROBERT JULGA
235A NORTH ELM GROVE RD
BROOKFIELD, WI 53005-6230

ROCKY MOUNTAIN HOLDINGS, LLC
P.O. BOX 713362
CINCINNATI, OH 45271-3375

RONALD SHAWGO
112 BURLINGTON
LINCOLN, IL 62656

RYAN WRIGLEY
828 N. SLEIGHT APT. 1
NAPERVILLE, IL 60563-3244

RUSH UNIVERSITY MEDICAL CENTER
1653 W. CONGRESS PARKWAY
CHICAGO, IL 60612-3833

SALINA AIRPORT AUTHORITY
3237 ARNOLD
SALINA, KS 67401-8163

SAULT STE MARIE AIRPORT DEVELOPMENT
   CORP
RR #1, BOX #1
SAULT STE. MARIE, ON CANADA P6A 5K6

SCOTT LUMAN
131 WOODLAND DR
P.O. BOX 188
PLANO, IL 60545-0188

SECRETARY OF STATE
3701 WINCHESTER RD.
SPRINGFIELD, IL 62707-9759

SIERRA WEST AIRLINES
8191 LAUGHLIN ROAD
OAKDALE, CA 95361-9451

SOUTHERN WISCONSIN REGIONAL AIRPORT
4404 S OAKHILL AVE
JANESVILLE, WI 53546

SOUTHWEST AIRLINES CARGO
P.O BOX 97390
DALLAS, TX 75397-0001

SPITFIRE AUTOMOTIVE
10711 S CICERO AVE
OAK LAWN, IL 60453-5401

ST CHARLES BANK & TRUST
311 N SECOND STREET
ST CHARLES, IL 60174-1851

STAPLES BUSINESS ADVANTAGE DEPT DET
P.O. BOX 83689
CHICAGO, IL 60696-3689

STEVE LANE
1507 N. HARVARD AVE.
ARLINGTON HEIGHTS, IL 60004-3625

SULLIVAN PARKHILL AUTOMOTIVE, INC.
440 WEST ANTHONY
POST OFFICE BOX 440
CHAMPAIGN, IL 61824-0440

SIMCOM INTERNATIONAL INC
ROBERT CROOK
6989 LEE VISTA BLVD
ORLANDO, FL 32822-4709

TED HANSON
12738 WILD RYE CT.
PLAINFIELD, IL 60585-2978

TEXAS LIFELINE CORP
P.O. BOX 472478
GARLAND, TX 75047-2478

THE PORT AUTHORITY OF NEW YORK &
   NEW JERSEY
P.O. BOX 95000-1523
PHILADELPHIA, PA 19195-1523

THE TRAVELERS
ONE TOWER SQUARE
REMITTANCE BOX 12787
HARTFORD, CT 06183-9042

TIM HERMESDORF
2670 DOROTHY DR
AURORA, IL 60504-7509

TONI MCKANNA
1713 WATERFORD RD
NORTH AURORA, IL 60542-1742

TOOL TESTING LAB, INC.
11601 N. DIXIE DR.
TIPP CITY, OH 45371-9108

TRANSFIRST
12202 AIRPORT WAY
BROOMFIELD, CO 80021-2596

TRANSPLANT TRANSPORTATION SERVICES
P.O. BOX 937
PENNGROVE, CA 94951-0937

THOMPSON VALLEY EMERGENCY MEDICAL
SERVICES
4480 CLYDESDALE PKWY
LOVELAND, CO 80538-9081

U.S. CELLULAR
P.O. BOX 0203
PALATINE, IL 60055-0203

UNIVERSAL AVIONICS SYSTEMS CORP
3260 E UNIVERSAL WAY
TUCSON, AZ 85756-5032

US DEPT. OF TRANSPORTATION - FAA
ATTN: SANDRA BOERMAN
31W775 NORTH AVENUE
DUPAGE AIRPORT
WEST CHICAGO, IL 60185-6402

UNIVERSITY OF CHICAGO MEDICAL CENTER
ATTN: DAVID BRADY
5841 S. MARYLAND, MC 5026
CHICAGO, IL 60637-1448

VAN CHEVROLET
8585 E. FRANK LLOYD WRIGHT BLVD.
SCOTTSDALE, AZ 85260-1901

VERIZON WIRELESS
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

VICTORIA AIRPORT AUTHORITY
201-1640 ELECTRA BLVD
SIDNEY, BC V8L 5V4

VISIONFRIENDLY.COM
651 PRAIRIE POINTE DRIVE
YORKVILLE, IL 60560-6500

WE ENERGIES
333 W EVERETT ST
MILWAUKEE, WI 53290-1000

WESTERN SURETY COMPANY
101 SOUTH PHILIPS AVENUE
PO BOX 5077
SIOUX FALLS, SD 57117-5077

WISCONSIN DEPT OF REVENUE
P.O. BOX 930208
MILWAUKEE, WI 53293-0208

WRIGHT EXPRESS CORPORATION
P.O. BOX 6293
CAROL STREAM, IL 60197-6293

ZOLL MEDICAL CORPORATION GPO
P.O. BOX 27028
NEW YORK, NY 10087-7028

WINDY CITY CHARTER, INC.
1098 S. MILWAUKEE, #301
CHICAGO, IL 60090-6379

ANTOINETTE MCKANNA
3350 WHITE OAK DRIVE
UNIT 215
OSWEGO, IL 60543-7139

BMW FINANCIAL SERVICES NA, LLC
C/O ASCENSION CAPITAL GROUP
P.O. BOX 201347
ARLINGTON, TX 76006-1347

MERCEDES-BENZ FINANCIAL SERVICES
USA LLC
C/O BK SERVICING, LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011

R & M AVIATION INC
43 W 526 US HIGHWAY 30
SUGAR GROVE, IL 60554-9511

U.S. BANKRUPTCY COURT
EASTERN DIVISION
219 S DEARBORN
7TH FLOOR
CHICAGO, IL 60604-1702

965-PRAXAIR DIST., INC.
DEPT CH 10660
PALATINE, IL 60055-0660

ACCESS INTELLIGENCE, LLC
P.O. BOX 9187
GAITHERSBURG, MD 20898-9187

AEROTEL AERONAUTICAL
TELECOMMUNICATIONS
1 BRAEMAR AVENUE
KINGSTON 10
JAMAICA, WEST INDIES

AICCO
IPPS CORPORATION
45 EAST RIVER PARK PLACE, WEST
SUITE 308
FRESNO, CA 93720-1565

AIR AMBULANCE SPECIALISTS INC
8001 S INTERPORT BLVD
SUITE 150
ENGLEWOOD, CO 80112-6094

AIR MEDICAL PHYSICIAN ASSOCIATION
951 EAST MONTANA VISTA LANE
SALT LAKE CITY, UT 84124-2467

AIRCRAFT PROPELLER SERVICE, INC.
290 LARKIN DRIVE
WHEELING, IL 60090-6456

AIS
6428 JOLIET RD
SUITE 100
COUNTRYSIDE, IL 60525-4687

ALINA TECHNOLOGIES
922 PRAGUE
BUFFALO GROVE, IL 60089-2877

ALPENA COUNTY REGIONAL AIRPORT
1617 AIRPORT ROAD
LPENA, MI 49707-8213

AMERICA'S FINANCIAL CHOICE, INC.
570 W. ROOSEVELT ROAD
CHICAGO, IL 60607-4917

AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-8000

AMTS AIRCRAFT HOLDINGS, LLC.
43W526 US HIGHWAY 30
SUGAR GROVE, IL 60554-9511

ANTHONY LAROCCO
1606 RITA AVE ST
CHARLES, IL 60174-4627

APS
PO BOX 2906
PHOENIX, AZ 85062-2906

ARIZONA DEPARTMENT OF ECONOMIC
    SECURITY
P.O. BOX 6028
PHOENIX, AZ 85005-6028

ARIZONA DEPT OF TRANSPORTATION
AIRCRAFT REGISTRATION
UNIT 1801 W JEFFERSON
PHOENIX, AZ 85007-3230

ASSOCIATION OF AIR MEDICAL SERVICES
526 KING STREET
SUITE 415
ALEXANDRIA, VA 22314-3143

AT&T
P.O. BOX 8100
AURORA, IL 60507-8100

ATS ILLINOIS, INC
43W624 US 30
SUGAR GROVE, IL 60554-9852

AVIALL
P.O. BOX 842267
DALLAS, TX 75284-2267

AXA ASSISTANCE USA
122 South Michigan Ave., Suite 100
Chicago, IL 60603

AIR AMBULANCE FORUM
DBA ONE CALL MEDICAL TRANSPORT
3815 E. MAIN ST, SUITE C
ST. CHARLES, IL 60174-2488

ANGEL JET SERVICES, LLC
DBA ANOEL MEDFLIQHT WORLDWIDE AIR
    AMBULA
C/O BRUCE DE'MEDICI
834 FOREST AVENUE
OAK PARK, IL 60302-1507

BANK OF AMERICA
P.O. BOX 15220
WILMINGTON, DE 19886-5220

BANK OF AMERICA BUSINESS CARD
P.O. BOX 15710
WILMINGTON DE 19886-5710

BEAUPORT AMB. SERVICE, INC.
P.O. BOX 1262
GLOUCESTER, MA 01931-1262

BLATTI AVIATION INC
P. O. BOX 278
ELWOOD, IL 60421-0278

BMW FINANCIAL SERVICES NA, LLC
P.O. BOX 201347
ARLINGTON, TX 76006-1347

BOUND TREE MEDICAL LLC
5000 TUTTLE CROSSING BLVD
DUBLIN, OH 43016-1534

BRASILE CHRIS
244 W HARRISON RD
LOMBARD, IL 60148

BRIAN ROSS
1404 MAJOR DRIVE
PLAINFIELD, IL 60586-5028

BUREAU OF EMS
DATA STAFF
4052 BALD CYPRESS WAY
BIN C-18
TALLAHASSE, FL 32399-7017

BENNER HEALTH
D/B/A BANNER ESTRELLA MEDICAL CENTER
9201 WEST THOMAS ROAD
PHOENIX, AZ 85037-3332

CAPE COUNTY PRIVATE AMB.SERVICES, INC.
1458 NORTH KINGS HIGHWAY
CAPE GIRARDEAU, MO 63701-2117

CAREFUSION 203, INC.
23578 NETWORK PLACE
CHICAGO, IL 06073

CAROLINAS HEALTHCARE SYSTEM
P.O. BOX 601428
CHARLOTTE, NC 28260-1428

CASTLE BANK
36 EAST GALENA BOULEVARD
SUGAR GROVE, IL 60554-9880

CENTER FOR SURGERY AND BREAST
HEALTH
300 BARNERY DR
SUITE A
JOLIET, IL 60435-5269

CHASE CARDMEMBER SERVICES
P.O. BOX 15153
WILMINGTON, DE 19886-5153

CHICAGO JET GROUP LLC
43W522 ROUTE 30
SUGAR GROVE, IL 60554-9514

CHRISTIAN MARTINEZ
4425 N. OSAGE
TUCSON, AZ 85718

CHRISTOPHER MALINAK
3149 W WINDROSE DR
PHOENIX, AZ 85029-1330

CHUCK HOMA
5275 S. 15TH PLACE
MILWAUKEE, WI 53221-3865

CITY OF CINCINNATI LUNKEN AIRPORT
262 WILMER AVE.
CINCINNATI, OH 45226-1679

ARIZONA ATTORNEY GENERAL S OFFICE
CSE
PO BOX 6123
SITE CODE 775-C
PHOENIX AZ 85005-6123

COLT INTERNATIONAL LLC
300 FLINT RIDGE ROAD
WEBSTER, TX 77598-4315

COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001

CONNEY SAFETY PRODUCTS
3202 LATHAM DRIVE
P.O. BOX 44575
MADISON, WI 53744-4575

CORPORATION OF TOWN OF
KAPUSKASING
88 RIVERSIDE DRIVE
KAPUSKASING, ON P5N 1C8

COX BUSINESS
P.O. BOX 53249
PHOENIX, AZ 85072-3249

CREEDANCE JOHNSON
37111 N 25TH ST.
CAVE CREEK, AZ 85331-7109

CAPITAL MANAGEMENT SERVICES
126 EXCHANGE ST SUITE 700
BUFFALO, NY 14203

CHILDREN'S MEMORIAL HOSPITAL
251 E. HURON STREET
CHICAGO, IL 60611-2908

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD, MI 48086-5070

DARA ENTWISTLE
326 STATE ST, RT 10
NEW HOLLARD, IL 62671-6061

DAVID SCHULT
2408 W DUSTY WREN DR
PHOENIX, AZ 85085-7033

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DIANNA INGRAM
1423 CRIMSON LN
YORKVILLE, IL 60560-3063

DILIBERTO, JOSEPH
5280 NW 20TH TERRACE
HANGAR 58, SUITE 601
FT. LAUDERDALE, FL 33309-2741

DISH NETWORK
DEPARTMENT 0063
PALATINE, IL 60055-0063

DON MCCUE CHEVROLET
2015 E NORTH AVENUE
ST CHARLES, IL 60174

DORATO JETS LLC
5600 N. HWY 95 #12
LAKE HAVASU CITY, AZ 86404

DUNCAN AVIATION, INC.
3701 AVIATION RD
LINCOLN, NE 68524-2415

DYNAMIC SOLUTIONS SYSTEMS, INC.
2332 LAMIRADA DRIVE
SUITE 100 VISTA, CA 92081-7861

EAGLE AUTO REPAIR
12614 N. CAVE CREEK RD.
PHOENIX, AZ 85022-5860

ELLIOT AVIATION
P.O BOX 100
QUAD CITY AIRPORT
MOLINE, IL 61266-0100

EQUIPMENT LEASING SERVICES LLC
9977 N 95TH STREET
SUITE 110 SCOTTSDALE, AZ 85258-4595

ERIC KAROLEK
271 HERITAGE COURT
BOLINGBROOK, IL 60490-1432

EXECUTIVE AIRCRAFT MAINTENANCE
8014 EMCCLAIN DRIVE
SUITE 135
SCOTTSDALE, AZ 85260-1330

FEDERAL INSURANCE COMPANY
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059-6711

FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

FIFTH THIRD BANK CHICAGO
P.O. BOX 630778
CINCINNATI, OH 45263-0778

FIRST COMMUNICATIONS
200 EAST RANDOLPH STREET
SUITE 2300
CHICAGO, IL 60601-6434

FIRST NATIONAL BANK OF OMAHA
141 W LINCOLN HWY
DEKALB, IL 60115-3609

VICTORIA R GULOTTA
4835 NIAGARA AVE #8
SAN DIEGO, CA 92107-6108

FEDEX TECHCONNECT, INC
AS ASSIGNEE OF FEDERAL EXPRESS CORP
3965 AIRWAYS BLVD.
BODULE G 3RD FLR
MEMPHIS, TN 38116-5017

FIRST NATIONAL BANK OF OMAHA
1620 DODGE STREET STOP CODE 3105
OMAHA, NE 68197-0002

GARRETT AVIATION SERVICES AGS
P.O. BOX 642241
PITTSBURGH, PA 15264-2241

GIBSON & BARNES FLIGHT SUITS
1900 WELD BLVD #140
EL CAJON, CA 92020-0503

GMAC
P.O. BOX 9001948
LOUISVILLE, KY 40290-1948

GONIWICHA, JAMES
2649 JENNA CT.
MONTGOMERY, IL 60538-4005

GUILFOYLE AMBULANCE SERV INC
438 NEWELL ST
P.O. BOX 88
WATERTOWN, NY 13601-0088

HARMONY HALL
1570 SUNCREST DR
LAPEER, MI 48446-1154

HARTFORD BADGES
7617 CENTER STREET
WEST FALLS, NY 14170-9614

HEARTLAND REGIONAL MEDICAL
5325 FARAON ST.
ST. JOSEPH, MO 64506-3488

HELINET AVIATION SERVICES
P.O. BOX 100702
PASADENA, CA 91189-0702

HONEYWELL INT'L, INC.
P.O. BOX 93123
CHICAGO, IL 60673-3123

ILLINOIS DEPARTMENT OF PUBLIC HEALTH
ACCOUNTING-VALIDATION
UNIT P.O. BOX 4263
SPRINGFIELD, IL 62708-4263

ILLINOIS DEPT OF PUBLIC HEALTH
DIVISION OF ACCOUNTING VALIDATION
UNIT P.O. BOX 4263
SPRINGFIELD, IL 62708-4263

IMPERIAL CREDIT CORPORATION
101 HUDSON STREET
JERSEY CITY, NJ 07302-3993

INTERNAL REVENUE SERVICE
(CINCINNATI, OH)
550 MAIN ST. #1000
CINCINNATI, OH 45202-5212

IPFS CORPORATION FDBA
IMPERIAL CREDIT CORPORATION IMPERIAL
PFS
101 HUDSON STREET - 34TH FLOOR
JERSEY CITY, NJ 07302-3905

JACK ASDELL
22813 RAYMOND ST
ST. CLAIR SHORES, MI 48082-1759

JAMES JOHNSON
816 S OAK CREEK DR
GENOA, IL 60135-8190

JEFF TEGTMEYER
705 S. ADDISON AVENUE
VILLA PARK, IL 60181-2804

JEPPESEN SANDERSON INC
55 INVERNESS DRIVE EAST
ENGLEWOOD, CO 80112-5412

JETZ CAR WASH
6101 S. 108TH ST.
HALES CORNERS, WI 53130-2524

JOEY DILIBERTO
4581 W. MCNAM RD #116
POMPANO BEACH, FL 33069-4965

JOHN JONES
120 COMMERCIAL DRIVE
LINCOLN, IL 62656-2114

JOHN ROHLFLING
1113 BARNESWOOD DRIVE
DOWNERS GROVE, IL 60515-1411

JOSE MIRANDA
1450 SW 119 CT
MIAMI, FL 33184-2463

JOSEPH DILIBERTO
5280 NW 20TH TERRACE
HANGAR 58
SUITE 601
FT LAUDERDALE, FL 33309-2741

JOSH KLUSOVSKY
22607 N 30TH AVE
PHOENIX, AZ 85027-1005

JUSTIN WILLIAMS
261 BARRETT DR. UNIT B
YORKVILLE, IL 60560-3134

KARA MITCHELL
21574 N 120TH LANE
SUN CITY, AZ 85373-5668

KON PRINTING INC
316 E WILSON ST
BATAVIA, IL 60510-2663

L.A.S. AUTO SERVICE LTD.
5050 S. 27TH STREET
MILWAUKEE, WI 53221-3402

LANDMARK AVIATION-ATL
1200 TOFFIE TERRACE
ATLANTA, GA 30354-1351

LEASE SERVICES
9977 N. 95TH ST. #110
SCOTTSDALE, AZ 85258-4595

LIFEPORT INC
25462 NETWORK PLACE
CHICAGO, IL 60673-1254

LOUISE MOECK
248 ILLINOIS ST.
ELMHURST, IL 60126-2449

MALAWY, BRAD
3619 E MONTEROSA ST #110
PHOENIX, AZ 85018-4843

MARIA MOORE
1096 CLOVER DRIVE
MINOOKA, IL 60447-8252

MARLIN LEASING
P.O. BOX 13604
PHILADELAPHIA, PA 19101-3604

MATTHEW YAEGER
1141 S. AUGUSTA AVE.
TUCSON, AZ 85710

MEDCENTER AIR
P.O. BOX 32851
CHARLOTTE, NC 28232-2851

MERCEDES-BENZ FINSERVUSA LLC
P.O. BOX 997542
SACRAMENTO, CA 95899-7542

MIDWEST QUICK LUBE
6 S. MAIN ST
SUGAR GROVE, IL 60554-5030

MISSION AMBULANCE
P.O. BOX 3111
CORONA, CA 92878-3111

MERCEDES-BENZ FINANCIAL SERVICES USA
LLC
P.O. BOX 5209
CAROL STREAM, IL 60197-5209

NATA
4226 KING STREET
ALEXANDRIA, VA 22302-1507

NAV CANADA
ATTN: ACCOUNTS RECEIVABLE
77 METCALFE STREET
OTTAWA ON K1P 5L6 CANADA

NDS LLC
14605 N. AIRPORT DR.
SUITE 210
SCOTTSDALE, AZ 85260-2441

NEW PIG CORPORATION
ONE PORK AVENUE
TIPTON, PA 16684-9001

NYS DEPARTMENT OF TRANSPORTATION
7150 REPUBLIC AIRPORT
ROOM 216
FARMINGDALE, NY 11735-3999

NORTHWESTERN MEMORIAL HOSPITAL
ATTN:KOVLER ORGAN TRANSPLANT
PROGRAM
251 E. HURON STREET
CHICAGO, IL 60611-3055

OPTINET
13835 N TATUM BLVD.
SUITE 9616
PHOENIX, AZ 85032-0420

PATRICIA M FERNANDEZ
4649 W. BRYCE LANE
GLENDALE, AZ 85301-1626

PAUL FRONCZAK
152 S PARENT ST.
WESTLAND, MI 48186-4103

PENTON MEDIA INC
24653 NETWORK PLACE
CHICAGO, IL 60673-1246

PHOENIX MUNICIPAL COURT
P.O. BOX 25650
PHOENIX, AZ 85002-5650

PORSCHE FINANCIAL SERVICES
4343 COMMERCE COURT
SUITE 300
LISLE, IL 60532-3616

PORT OF SEATTLE
P.O. BOX 34249-1249
SEATTLE, WA 98124-1249

PROGRESSIVE MEDICAL INT'L
2460 ASH STREET
VISTA, CA 92081-8424

PRAXAIR DISTRIBIUTION, INC
C/O RMS BANKRUPTCY RECOVERY
  SERVICES
P.O. BOX 5126
TIMONIUM, MARYLAND 21094-5126

QUENCH USA, LLC. #D15905
LOCKBOX 53203
P.O. BOX 8500-53203
PHILADELPHIA, PA 19178-3203

R & J AVIATION, INC
43W526 US HIGHWAY 30
SUGAR GROVE, IL 60554-9511

REBECCA WERTH
1132 HINSWOOD DRIVE #206
DARRIEN, IL 60561-6441

RENEE MESCH
17205 S PUEBLO CT
LOCKPORT, IL 60441-4399

RICHARD MORRIS JR
16287 N 159 DR
SURPRISE, AZ 85374-5714

RILEY, DAVID
386 RISEN STAR LANE
OSWEGO, IL 60543-4033

ROBERT RAWLINS
1479 900TH AVE
LINCOLN, IL 62656-5299

ROD CAREY
8333 E VIA DE SERENO
SCOTTSDALE, AZ 85258-3801

RULON AVIATION MARKETING, LTD.
1907 NISH ROAD
CRYSTAL LAKE, IL 60012-1550

RADIOLOGY & NUCLEAR COM
311 W MONROE 8TH FL LBX 71260
CHICAGO, IL 60606-4660

SABRE INC
7285 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0072

SAM'S CLUB DISCOVER
PO BOX 960013
ORLANDO, FL 32896-0013

SC AVIATION INC
P O BOX 2842
MONROE, WI 53566-8042

SCOTTSDALE AIRPORT
15000 N. AIRPORT DRIVE
SUITE 200
SCOTTSDALE, AZ 85260-2475

SECTION OF EMERGENCY MEDICINE
ATTN DONNA JASUTIS
5841 SO MARYLAND AVE -MC 5068
CHICAGO, IL 60637-1447

SIMCOM TRAINING CENTERS
6989 LEE VISTA BLVD.
ORLANDO, FL 32822-4709

SOUTHSIDE FIRE DEPARTMENT
ATTN: JENNIFER SMITH
P.O. BOX 16297
SAVANNAH, GA 31416-2997

SOUTHWEST AMBULANC
3759 N COMMERCE DR
TUCSON, AZ 85705-6911

SPRINGFIELD LIFESTAR AMBULANCE
940 N ELM STREET
CENTRALIA, IL 62801-2326

ST CHARLES BANK & TRUST
411 W MAIN ST
ST CHARLES, IL 60174-1815

STERICYCLE, INC.
P.O. BOX 6575
CAROL STREAM, IL 60197-6575

STEVE SMITH
18016 GLASTONBURY LANE
LAND O' LAKES, FL 34638-8154

SUPERIOR AMBULANCE SVC INC
P.O. BOX 6482
ALBUQUEQUE, NM 87197-6482

T. SHAWN RUEFF
305 AMOS SMITH DR
SHELBYVILLE, TN 37160-5122

TEMPO CREATIVE, INC
15955 N DIAL BLVD - STE 1B
SCOTTSDALE, AZ 85260-1636

THE CALGARY AIRPORT AUTHORITY
CALGARY INT'L AIRPORT
2000 AIRPORT ROAD N.E.
CALGARY ALBERTA T2E 6W5 CANADA

THE RECEIVABLES EXCHANGE, LLC TRE
  AS COLLATERAL AGENT FOR IT
935 GRAVIER STREET, 12TH FLOOR
NEW ORLEANS, LA 70112-1650

THOMAS GRIGGS
5043 W TARO DR
GLENDALE, AZ 85308-9208

TIM RYAN
340 RENNER DR.
ELGIN, IL 60123-6902

TONY OLIVERI
2552 W. THOMAS
CHICAGO, IL 60622-3406

TOWN OF/VILLE DE KAPUSKASING
88 RIVERSIDE DRIVE
KAPUSKASING, ON P5N 1B3

TRANSIT AIR CARGO INC
2204 E FOURTH STREET
SANTA ANA CA 92705-3868

TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266-0317

THREE RIVERS PROVIDER NETWORK, INC.
910 HALE PLACE, SUITE 100
CHULA VISTA, CA 91914-3598

UNIFIED CONCEPTS
1S280 SUMMIT AVE CTA2
OAKBROOK TERRACE, IL 60181-3936

UNIVERSAL WEATHER & AVIATION
P.O. BOX 201033
HOUSTON, TX 77216-1033

UNITED HEALTHCARE INSURANCE
COMPANY
233 N. MICHIGAN AVE., 9TH FLOOR
CHICAGO, IL 60601-5524

UNIVERSITY OF CHICAGO MEDICAL CENTER
ATTN: VP LEGAL & GOVERNMENTAL
  AFFAIRS
5841 S. MARYLAND AVE., ME 1132
ROOM G-104
CHICAGO, IL 60637-1448

VANCOUVER INTERNATIONAL AIRPORT
AUTHORITY
P.O. BOX 23750
AIRPORT POSTAL OUTLET
RICHMOND, BC V7B1Y7 CANADA

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702-3397

VICTORIA GULOTTA
114 W ADAMS #309
PHOENIX, AZ 85003-2009

Hanshaw Aviation Services
15721 Hummel Road
Brook Park, OH 44142

Sunstar EMS
PO Box 31074
Tampa, FL 33631