UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>R & M Aviation, Inc., et al.<br><br><br>Debtor(s) | BK No.:   12-10343<br>(Jointly Administered)<br>Chapter:  11<br>Honorable Pamela S. Hollis |

## FINAL DECREE CLOSING THE CHAPTER 11 CASES
## OF R & M AVIATION, INC. AND R&J AVIATION, INC.

This matter coming before the Court on the Motion of Reorganized Debtors for Entry of Final Decrees [Docket No. __ in Jointly Administered Case Number 12-10343] (the "Motion"), filed by R & M Aviation, Inc. and R&J Aviation, Inc. (collectively, the "Reorganized Debtors"); the Court having reviewed the Motion and all related pleadings, including the Notice of Payment of U.S. Trustee Quarterly Fees [Docket No. __ in Jointly Administered Case Number 12-10343], and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that the Chapter 11 Cases have been fully administered and that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Local Rule 3022-1, notice of the Motion and the Hearing was sufficient under the circumstances.

3. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, the Chapter 11 Cases, as listed on Exhibit 1 attached hereto, are hereby closed.

4. Upon the entry of this Order, professionals retained in these cases pursuant to 11 U.S.C. § 327 shall have no further obligations to the Reorganized Debtors, to their respective estates or otherwise in these Chapter 11 Cases.

5. Pursuant to Bankruptcy Rule 6004(h), this Order is final and shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

_[signature]_

United States Bankruptcy Judge

Dated: **MAY 28 2013**

**Prepared by:**

Mark A. Berkoff (#06194797)
Nicholas M. Miller (#06295723)
Kevin G. Schneider (#06302942)
Neal, Gerber & Eisenberg LLP
Two North LaSalle St., Ste 1700
Chicago, Illinois 60602-3801
(312) 269-8000
(312) 269-1747 (facsimile)

Attorneys for Reorganized Debtors

## EXHIBIT 1

| Debtor | Bankruptcy Case Number |
|---|---|
| R & M Aviation, Inc. | Case No. 12-10343 |
| R&J Aviation, Inc. | Case No. 12-10348 |

NGEDOCS: 2071744.5